# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00143-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  FRANCISCO GARCIA,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about September 2, 2019, in the State and District of Colorado, the defendant, FRANCISCO GARCIA, at a place within the special maritime and territorial jurisdiction of the United States, namely the United States Penitentiary, Florence, Colorado, did knowingly assault another person resulting in serious bodily injury.

All in violation of Title 18, United States Code, Section 113(a)(6).

A TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

By: /s/ Laura Cramer-Babycz
Laura Cramer-Babycz
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado   80202
Telephone:   (303) 454-0100
Fax:   (303) 454-0406
E-mail:   laura.cramer-babycz@usdoj.gov