| | |
|---|---|
| <u>DEFENDANT:</u> | FRANCISCO GARCIA |
| <u>AGE or YOB</u>: | 1984 |
| <u>COMPLAINT FILED?</u> | \_\_\_\_\_ Yes   \_\_\_X\_\_ No  <br>If Yes, MAGISTRATE CASE NUMBER: |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> | \_\_ Yes   \_X\_ No  <br>If No, a new warrant is required |
| <u>OFFENSE(S):</u> | <u>Count 1</u>: Assault Resulting in Serious Bodily Injury, 18 U.S.C. § 113(a)(6) |
| <u>LOCATION OF OFFENSE:</u> | Fremont County, Colorado |
| <u>PENALTY:</u> | <u>Count 1</u>: NMT 10 years' imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment fee. |
| <u>AGENT:</u> | Amber Cronan  <br>Special Agent, FBI |
| <u>AUTHORIZED BY:</u> | Laura Cramer-Babycz  <br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

 X   five days or less; \_\_\_ over five days

<u>THE GOVERNMENT</u>

 X   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is not** applicable to this defendant.