IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00143-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRANCISCO GARCIA,

        Defendant.

_____

**NOTICE OF APPEARANCE**
_____

    The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

            Respectfully submitted,

            VIRGINIA L. GRADY
            Federal Public Defender

            s/ *Timothy P. O'Hara*
            TIMOTHY P. O'HARA
            Assistant Federal Public Defender
            633 Seventeenth Street, Suite 1000
            Denver, Colorado  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            Email:  timothy_ohara@fd.org
            Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2021, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Laura Cramer-Babycz
Assistant U.S. Attorney
Email:  Laura.Cramer-Babycz@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Francisco Garcia     (U.S. Mail)

s/ *Timothy P. O'Hara*
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  timothy_ohara@fd.org
Attorney for Defendant