IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-143-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANCISCO GARCIA,

    Defendant.

_____

GOVERNMENT'S MOTION FOR PROTECTIVE ORDER
_____

    The United States of America, by the undersigned Assistant United States Attorney, moves for a Protective Order pursuant to Fed. R. Crim. P. 16(d)(1) for the Government's production of certain discovery. Counsel for defendant Francisco Garcia does not oppose this Motion. As grounds for this Motion, the government states:

1.    Defendant Francisco Garcia is charged with Assault Resulting in Serious Bodily Injury arising out of an assault he carried out on a fellow inmate at United States Penitentiary in Florence, Colorado.

2.    Some of the discovery in this case involves documents containing personal inmate and staff information, sensitive medical records from the victim, and confidential information concerning the Bureau of Prisons. (The government has already produced the non-confidential discovery in the case.) The production of these documents poses a

1

potential threat to institution security and inmate safety. Additionally, some of these documents contain private or privileged information.

3.  The government will produce the discovery, but requests entry of a protective order, implementing the mechanisms stated therein, prior to production to defense counsel. Rule 16(d)(1) of the Federal Rules of Criminal Procedure gives the Court broad authorization to issue an appropriate Protective Order governing discovery: "At any time the court may, for good cause, deny, restrict, or defer discovery and inspection, or grant other appropriate relief."

4.  Undersigned counsel has conferred with counsel for Mr. Garcia, who indicated that he does not object to the entry of the attached protective order.

Dated this 14th day of June, 2021.

        Respectfully submitted,

        MATTHEW T. KIRSCH
        Acting United States Attorney

By:  *s/ Laura Cramer-Babycz*
      Laura Cramer-Babycz
      Assistant United States Attorney
      1801 California Street, Suite 1600
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      Laura.Cramer-Babycz@usdoj.gov
      Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

<u>*s/ Deana Ambrosen*</u>_____
Deana Ambrosen
Legal Assistant
United States Attorney's Office
