IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-143-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANCISCO GARCIA,

    Defendant.

___

**PROTECTIVE ORDER**
___

Before the Court is an Unopposed Motion for Protective Order, filed pursuant to Federal Rule of Criminal Procedure 16(d). The Court finds good cause exists to impose limitations on the dissemination of confidential information or sensitive data. Accordingly, IT IS ORDERED:

1. Francisco Garcia is an inmate in the Federal Bureau of Prisons. This Protective Order shall apply to all information marked or identified as "CONFIDENTIAL – DEFENDANT MAY VIEW BUT NOT POSSESS" ("CONFIDENTIAL INFORMATION"). This Protective Order shall apply to: 1) the government, its agents, consultants and experts; 2) the Defendant, through the Office of the Federal Public Defender, its agents, consultants and experts; 3) the Court and its staff; and 4) other parties identified only by amendment to this Order.

2. Unless otherwise agreed to by the parties, or ordered by this Court, the Defendant may be allowed to view discovery materials marked as CONFIDENTIAL INFORMATION, but only while in the direct presence of defense counsel or members of the defense team, including any defense attorneys, investigators, or staff from the Office of the Federal Public Defender, as the Office of the Federal Public Defender determines is necessary for the purpose of preparing a defense in this particular case.

3. CONFIDENTIAL INFORMATION shall not be disclosed or used for any purpose except proceedings in this case. This Order applies only to the dissemination of Confidential Information and is not intended to interfere with or prevent defense counsel from building general institutional knowledge in preparation of the defense. The protections granted by this Protective Order shall not be waived.

4. CONFIDENTIAL INFORMATION may be reproduced electronically by the parties during the case in a matter consistent with this Protective Order. Electronically reproduced CONFIDENTIAL INFORMATION must retain the "CONFIDENTIAL – DEFENDANT MAY VIEW BUT NOT POSSESS" watermark, header or footer.

5. Transmittal of Confidential Information: A copy of this Order shall accompany Confidential Information transmitted to any agent, consultant, or expert retained by either party. The transmitting party shall obtain from each recipient, a dated, signed acknowledgment of receipt of this Order and the confidential information transmitted, identified by bates number, or data file.

6. Confidential information attached to a pleading shall be filed as a restricted document in conformance with D.C.Colo.LCrR47.1 without further order from the Court,

and will maintain all original "CONFIDENTIAL INFORMATION" watermarks, headers and footers.

7. Confidential information offered as an exhibit in pretrial proceedings must be submitted with all original "CONFIDENTIAL DOCUMENT" watermarks, headers and footers and will be docketed as restricted.

8. Watermarks, headers, footers, and other indicia identifying a document as "CONFIDENTIAL – DEFENDANT MAY VIEW BUT NOT POSSESS" must be removed from any trial exhibit before the exhibit is tendered to a witness and/or disclosed to a jury. Upon conclusion of the proceedings before this Court, all exhibits subject to this provision shall be returned to the government and preserved as modified under this provision for the record on appeal.

9. A party may object to the designation of discovery as Confidential Information. Objections shall be filed within the deadline for filing of pretrial motions, or no later than 10 days after receipt of discovery tendered after the motions filing deadline. Documents subject to objection shall be filed as restricted, consistent with the provisions of this Order. Before filing any objection, the objecting party must confer with counsel for the government to attempt to resolve any objections.

10. The Office of the Federal Public Defender may retain electronic copies of the materials designated as CONFIDENTIAL INFORMATION. The digital files shall retain any original marks of "CONFIDENTIAL - MAY VIEW BUT NOT POSSESS" designated as subject to a protective order and shall be maintained in a manner consistent with this Order.

11. The parties shall maintain a record of compliance with this Order.

12. This Protective Order may be modified by the Court at any time for good cause shown following notice to all parties and an opportunity for them to be heard.

Dated this _____ day of _____.

_____
Hon. Raymond P. Moore
United States District Judge