IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-143-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**FRANCISCO GARCIA,**

    **Defendant.**

---

## UNOPPOSED MOTION TO CONTINUE THE MOTIONS DEADLINE

---

MR. FRANCISCO GARCIA, by and through his attorney, Timothy P. O'Hara, respectfully requests that the deadline for filing pretrial motions be extended by 14 days, from August 20, 2021, until September 3, 2021.

1. On June 4, 2021, this Court originally set the pertinent deadlines/dates for the present case, including a deadline for the filing of pretrial motions of June 23, 2021. *See* Doc. 12.

2. On June 23, 2021, undersigned counsel filed "Defendant's Unopposed Motion to Exclude One Hundred Twenty (120) Days from the Speedy Trial Act," requesting an exclusion of time under the Speedy Trial Act and an extension of the deadline for filing pretrial motions. *See* Doc. 16.

3. On July 2, 2021, the Court granted the aforementioned Unopposed Motion [Doc. 16] and reset the deadlines/dates. *See* Doc. 17. The Court set the new Motions Deadline for August 20, 2021. *See id.*

4. Undersigned counsel requests that the deadline for filing of pretrial motions be extended by a period of 14 days, until September 3, 2021.

5. The parties have been working together to ensure that all discoverable information is disclosed by the government to defense counsel. Because the alleged crime occurred in the Bureau of Prisons (BOP), additional restrictions may need to be attached to the disclosure of some BOP-related evidence. Discussions about discovery remain ongoing. The parties are also in the process of determining exactly which discovery materials will be sent to Mr. Garcia.

6. Additionally, within the next seven days, undersigned counsel intends on making a discovery request to government counsel for information that undersigned counsel believes to be outstanding. Once government counsel reviews the request and the parties confer, a better timeline can be established to determine whether the present matter can proceed to trial by the current trial date set by the Court (November 29, 2021). Should additional time be required because of discovery-related issues, undersigned counsel will request additional time to resolve those issues.

7. Undersigned counsel advised counsel for the government of the present request and she has no objection.

WHEREFORE, undersigned counsel requests that the current deadline for filing pretrial motions be extended from August 20, 2021, until September 3, 2021.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        s/ *Timothy P. O'Hara*
        TIMOTHY P. O'HARA
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, Colorado  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Email:  timothy_ohara@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE THE MOTIONS DEADLINE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Laura Cramer-Babycz
Assistant U.S. Attorney
Email:  Laura.Cramer-Babycz@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Francisco Garcia     (U.S. Mail)


s/ Timothy P. O'Hara
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  timothy_ohara@fd.org
Attorney for Defendant