UNITED STATES DISTRICT COURT
IN THE DISTRICT OF COLORADO

CASE 21-CR-00143-RM
UNITED STATES OF AMERICA
V.
FRANCISCO GARCIA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 24 2021
JEFFREY P. COLWELL
CLERK

November 15, 2021

Francisco Garcia  REG. NO: 09242-059
U.S. Penitentiary - ADX
P.O. Box 8500
Florence, Colorado 81226

HONORABLE JUDGE RAYMOND P. MOORE
Alfred A. Arraj United States Courthouse
COURTROOM A-601, 6TH FLOOR
901 19TH STREET
Denver, Colorado 80294-3589

RE: CASE 21-CR-00143-RM, Requesting assistance and clarification between Attorneys to Defendant.

Your Honorable Judge Moore;

If it pleases the Court, The Defendant Garcia, respectfully asks your Honorable Judge Moore, Please accept this letter and take Judicial notice of the issues here within; And to take in to consideration that the Defendant is uneducated in the Law or proper procedures.

On or about April 22, 2021 Defendant Garcia was indicted under Title 18 USC. § 113 (A)(6) Count 1: Assault resulting in serious bodily injury. Stemming from an incident on September 2, 2019 while being housed as a federal Prisoner in ADX step-down unit Florence Penitentiary in Florence, Colorado. On June 3rd 2021, unaware of charges or indictment, The Defendant who is in the Special Housing Unit in ADX, was notified that he had a court appearance over the telephone.

(PAGE 1)

The Defendant was then taken to another cell where he was placed on the telephone which he was told was with Magistrate for his arraignment. That was Defendants first and only court date as of today.

Defendant Garcia was subsequently appointed Counsel from the Public Defenders office, one, Timothy P. Ohara. The reason Defendant Garcia feels compelled to write this letter to this Honorable Court is; As the Defendant understands, under the Sixth Amendment He is gaurenteed Assistance of Counsel as an indigent person. Being that the Defendant is ignorant of the law, he needs his attorney to assist him in that aspect, Also the Defendant is aware of facts and circumstances of the incident, and in that sense his Attorney needs the defendants assistance also.

During the first visit at the ADX, with Public Defender Ohara. It was discussed that the Defendant would be able to view and understand every aspect of the charge and case, so together they could make an intelligent decision on how to proceed and defend in his defense. That the Defendant would be sent the documents he is allowed and if not allowed in inmates possession. The Defendant would still be allowed to view them in his Attorneys presence. Or what the Defendant ultimatly assumes was agreed upon was the discovery was placed on a Disc or USB Drive. To Defendants knowledge, related to him, by Public Defender Ohara. What Documents that had been provided to the defense under Discovery, up until that point from the Government of the United States. Defense Counsel Ohara made a copy on said disc or USB Drive and sent to Defendant Garcia through Federal Bureau of Prisons, ADX Legal Department. Public Defender Ohara notified the Defendant that he would have ample time and ability to view said Documents.

Defense Counsel has informed the Defendant that BOP ADX Legal Department has had these discovery items since mid August 2021. The Defendant has put in numerous requests to be able to view his discovery and was informed through his Unit Team that the Legal

(PAGE 2)

Department and BOP Investigation Department (SIS) is going through the discovery before the Defendant will be able to view it. On October 28, 2021 in a legal visit with Public Defender Ohara, The issue was brought up and the Defendant was told he would look in to it.

Your Honorable Judge Moore, The Defendants issue is that he waived his right to speedy Trial (Document 16) on or around September 2nd, 2021, under the assumption it was for time to prepare for his defense. Meanwhile, BOP ADX Legal Department and SIS Department (The investigating agency) for the Governments case in chief, have been purposefully hindering and impeding the Defendant from being able to prepare for his Defense by assisting his attorney. The Discovery, that was sent to the defendant had been provided by his attorney which should be under attorney/client privilage. Absent a quick scan for contraband, BOP Legal dept. or SIS dept. should not be able to go over for approxematly three months, Therefore hindering the Defendant from being able to view his discovery. Being that any and all documents concerning this case was prepared for indictment by the BOP and given to AUSA Cramer-Babycz. There is absolutly no purpose to go over discovery that was handed over by the Government to Defense Attorney, And was attempted to be given to Defendant Garcia as Confidential Attorney/Client Work product.

So Therefore the Defendant is respectfully requesting this Honorable Court to Order the Government to Compell its investigating agency (I.E. BOP Legal Dept. and SIS Dept.) to release said documents. If they do not wish to do so the Defendant humbly asks that the AUSA Dismiss said charges.

It is Defendant Garcias understanding that he has the right to prepare his defense without the Governments interfering with his effective Representation, The Defendant is also unable to call his Attorney because of ADX Rules, unless the Attorney sets the call up in advance,

The Defendant has written his Attorney and asked numerous times for assistance to clear this issue up, But, Since he has not been able to do so, The Defendant pleads with this Honorable Court to take notice of the situation. Besides the Defendants arraignment, he has not had a single Court appearence.

THANK You for Your TIME & Consideration

Respectfully Submitted

*[signature]*

FRANCISCO GARCIA  REG# 09242-059
CASE 21-CR-00143-RM

(PAGE 4)

Special Mail Court Legal Mail

22 NOV 2021 PM 6

Name Francisco Garcia
Reg. No. 09242-059
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

— Special Mail —
Confidential To Court
Legal Mail

Honorable Judge Raymond P. Moore
Alfred A. Arraj United States Courthouse
Courtroom A-601, 6th Floor
901 19th Street
Denver, Colorado 80294-3589

80294-250099

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DATE: NOV 18 2021

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.