IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-143-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**FRANCISCO GARCIA,**

    **Defendant.**

---

### UNOPPOSED MOTION TO CONTINUE THE MOTIONS DEADLINE

---

MR. FRANCISCO GARCIA, by and through his attorney, Timothy P. O'Hara, respectfully requests that the deadline for filing pretrial motions be extended by three days, from January 3, 2022, until January 6, 2022.

    1.    On September 9, 2021, this Court reset the pertinent deadlines/dates for the present case, including a deadline for the filing of pretrial motions of January 3, 2022. *See* Doc. 22.

    2.    Since that time, undersigned counsel has worked diligently to investigate the present case, complete the discovery process, and remain in steady communication with Mr. Garcia.

    3.    Undersigned counsel has determined that the present case is likely to proceed to a jury trial. Because of the amount of work that remains outstanding, however,

1

undersigned counsel does not believe that he will be ready for trial by March 7, 2022, as currently scheduled.

4. As a result, undersigned counsel intends to make an additional request to exclude time in order to: prepare for that trial, complete the necessary investigation that remains outstanding, and consult with Mr. Garcia. In order to be accurate about the amount of additional time needed, though, undersigned counsel requests that the deadline for filing of pretrial motions be extended by a period of three days, until January 6, 2022. This will allow undersigned counsel to confirm details about the current status of the investigation and to more effectively estimate the necessary time that those tasks will take. Within that time frame, undersigned counsel plans to prepare and file a Motion to Exclude Time Under the Speedy Trial Act pursuant to 18 U.S.C. § 3161.

5. Undersigned counsel advised counsel for the government of the present request and she has no objection.

WHEREFORE, undersigned counsel requests that the current deadline for filing pretrial motions be extended from January 3, 2022, until January 6, 2022.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ Timothy P. O'Hara
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  timothy_ohara@fd.org
Attorney for Defendant

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2022, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE THE MOTIONS DEADLINE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Laura Cramer-Babycz
Assistant U.S. Attorney
Email:  Laura.Cramer-Babycz@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Francisco Garcia     (U.S. Mail)

s/ Timothy P. O'Hara
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  timothy_ohara@fd.org
Attorney for Defendant