IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00143-RM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

**FRANCISCO GARCIA,**

     **Defendant.**

---

### UNOPPOSED MOTION TO CONTINUE THE MOTIONS DEADLINE

---

MR. FRANCISCO GARCIA, by and through his attorney, Timothy P. O'Hara, respectfully requests that the deadline for filing pretrial motions be extended by seven (7) days, from March 10, 2022, until March 17, 2022.  The government does not oppose the requested extension.

1. On January 10, 2022, this Court set the pertinent deadlines/dates for the present case, including a deadline for the filing of pretrial motions of March 10, 2022.  *See* Doc. 28.

2. Undersigned counsel believes that the present case will proceed to a jury trial and requires additional time to file pretrial motions.

3. For much of the last 10 days, undersigned counsel has been preparing for trial and conducting a jury trial as co-counsel in the case of *United States v. Donnell Christopher Crews*.  *See* 19-cr-00222-REB.  The trial concluded yesterday.

1

4.      Undersigned counsel requests that the deadline for filing pretrial motions be extended by a period of seven days, until March 17, 2022.

5.      Undersigned counsel advised counsel for the government of the present request and she has no objection.

WHEREFORE, undersigned counsel requests that the current deadline for filing pretrial motions be extended from March 10, 2022, until March 17, 2022.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ *Timothy P. O'Hara*
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  timothy_ohara@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2022, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE THE MOTIONS DEADLINE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Laura Cramer-Babycz
Assistant U.S. Attorney
Email:  Laura.Cramer-Babycz@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Francisco Garcia     (U.S. Mail)

s/ *Timothy P. O'Hara*
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  timothy_ohara@fd.org
Attorney for Defendant