IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00143-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

FRANCISCO GARCIA,

       Defendant.

_____

**NOTICE OF APPEARANCE**
_____

       Assistant Federal Public Defender Matthew K. Belcher hereby enters his appearance on behalf of the Defendant, Francisco Garcia.

                                 Respectfully submitted,

                                 VIRGINIA L. GRADY
                                 Federal Public Defender

                                 s/ *Matthew K. Belcher*
                                 MATTHEW K. BELCHER
                                 Assistant Federal Public Defender
                                 633 Seventeenth Street, Suite 1000
                                 Denver, Colorado 80202
                                 Telephone: (303) 294-7002
                                 FAX: (303) 294-1192
                                 Email: Matthew_Belcher@fd.org
                                 Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on March 17, 2022, I electronically filed the foregoing **Notice of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

Laura Cramer-Babycz, Assistant U.S. Attorney
    Email: Laura.Cramer-Babycz@usdoj.gov

and that I will mail or serve the document or paper to the following non-CM/ECF participant in the manner indicated:

Francisco Garcia
via U.S. mail

                              s/ *Matthew K. Belcher*
                              MATTHEW K. BELCHER
                              Assistant Federal Public Defender
                              633 Seventeenth Street, Suite 1000
                              Denver, Colorado 80202
                              Telephone: (303) 294-7002
                              FAX: (303) 294-1192
                              Email: Matthew_Belcher@fd.org
                              Attorney for Defendant