

**Defendant's Proposed Voir Dire Questions Relating to Implicit Bias**

1. Does racial prejudice still exist in America?  If yes, how serious of a problem is it (1 being not a problem and 10 being a very serious problem)?

2. Can someone be unintentionally biased against Latino people?  Please explain your answer.

3. If you believe unconscious bias or implicit bias exists, how can someone prevent that bias from affecting important decisions that individual has to make?

4. What steps will you personally take to guard against implicit bias affecting the way you look at the evidence and deliberate about a verdict?

5. Some people believe that Latino people commit more crimes than white people – do you agree or disagree with that statement?

6. Is it possible that you are biased against Latino people even though you do not intend to be?  Does the fact that Mr. Garcia is Latino make it more likely to you that he committed the crime in this case?

7. If you hear testimony from a Latino witness, would you consider the person's race in determining whether to believe that witness?  If yes, why?  If no, why not?

8. Is there anything about the fact that Mr. Garcia is Latino that makes it less likely that you could be a fair and impartial juror in this type of case?  Circle one: yes or no.  If you circled yes, please explain why.

9. Have you ever heard individuals making negative remarks about Latino people?  If so, how did that make you feel?

10. What would you do if you were selected as a juror and during deliberations another juror made comments about Latino people and/or race in general?