IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   21-cr-00143-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**FRANCISCO GARCIA,**

      **Defendant.**

---

**EXHIBIT B (CONVENTIONALLY FILED)**
*Unconscious Bias video*
United States District Court for the Western District of Washington