IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00143-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**FRANCISCO GARCIA,**

       **Defendant.**

---

## MOTION FOR LEAVE TO RESTRICT ACCESS

---

FRANCISCO GARCIA, by and through counsel, Assistant Federal Public Defender Timothy O'Hara, hereby requests that Docket Nos. 35 and 36 be docketed under Level 3 Restriction.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ *Timothy P. O'Hara*
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: timothy_ohara@fd.org
Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 18, 2022, I filed the foregoing:

**MOTION FOR LEAVE TO RESTRICT ACCESS**

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Laura Cramer-Babycz, Assistant United States Attorney
E-mail:  Laura.Cramer-Babycz@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Francisco Garcia (via U.S. mail)

s/ *Timothy P. O'Hara*
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: timothy_ohara@fd.org
Attorney for Defendant