IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00143-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**FRANCISCO GARCIA,**

      **Defendant.**

## MOTION FOR LEAVE TO RESTRICT ACCESS

FRANCISCO GARCIA, by and through counsel, Assistant Federal Public Defender Timothy O'Hara, hereby requests that Docket Nos. 38 and 39 be docketed under Level 3 Restriction.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender

      s/ *Timothy P. O'Hara*
      TIMOTHY P. O'HARA
      Assistant Federal Public Defender
      633 Seventeenth Street, Suite 1000
      Denver, CO  80202
      Telephone: (303) 294-7002
      FAX: (303) 294-1192
      Email: timothy_ohara@fd.org
      Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2022, I filed the foregoing:

**MOTION FOR LEAVE TO RESTRICT ACCESS**

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Laura Cramer-Babycz, Assistant United States Attorney
    E-mail:  Laura.Cramer-Babycz@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Francisco Garcia (via U.S. mail)

    s/ *Timothy P. O'Hara*
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, CO 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Email: timothy_ohara@fd.org
    Attorney for Defendant