# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  April 6, 2022 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  n/a |
| Probation:  n/a | |

**CASE NO.   21-cr-00143-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Laura Cramer-Babycz |
| | Andrea Surratt |
| Plaintiff, | |
| v. | |
| 1.  FRANCISCO GARCIA, | Timothy O'Hara |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING – Video teleconference (VTC)**
**COURT IN SESSION:       1:30 p.m.**

Appearances of counsel.   Defendant is in custody and present by VTC.

Discussion held regarding the defendant appearing by VTC.

Mr. O'Hara states that the defendant agreed to appear by VTC for this hearing.

The Court makes statements regarding his telephone conversation with counsel and what was discussed.

Argument given and discussion held regarding Mr. Francisco Garcia's Motion to Address the Topic of Implicit Bias During *Voir Dire* (Doc. 32) and Mr. Francisco Garcia's Motion to Conduct Additional Attorney-Led *Voir Dire* Beyond Fifteen Minutes (Doc. 33).

The Court states findings.

**ORDERED:**  Mr. Francisco Garcia's Motion to Address the Topic of Implicit Bias During Voir Dire (Doc. 32) and Mr. Francisco Garcia's Motion to Conduct Additional Attorney-Led *Voir Dire* Beyond Fifteen Minutes (Doc. 33) are DENIED as stated on the record.

Argument given and discussion held regarding Motion to Produce *Giglio* Material (Doc. 34).

2:19 p.m.      Sidebar discussion held.

**ORDERED:**  This portion of the transcript shall be filed as restricted for the Court and counsel for the Government.

2:21 p.m.      Back on the record in open court.

**ORDERED:**  This portion of the transcript shall be filed as unrestricted.

Continued argument and discussion regarding Motion to Produce *Giglio* Material (Doc. 34).

The Court states findings.

**ORDERED:**  Motion to Produce *Giglio* Material (Doc. 34) is GRANTED as stated on the record.   The Government shall produce any *Giglio* material related to the victim on or before **April 20, 2022.**   The Government shall produce any *Giglio* material related to other witnesses at the time of, or before, the Trial Preparation Conference set for **April 29, 2022.**   Any other *Giglio* material the Government receives after the above deadlines shall be produced as soon as practicable.

Discussion held regarding sensitive witnesses at trial and security measures that will be in place at the time of trial.

**ORDERED:**  The defendant **shall be present in person** for the Trial Preparation Conference set for **April 29, 2022.**

**COURT IN RECESS:**       2:49 p.m.
**Total in court time:**       1:19
**Hearing concluded**