IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-143-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO GARCIA,

    Defendant.

_____

**GOVERNMENT'S MOTION TO RESTRICT**
_____

The United States of America, by District of Colorado United States Attorney Cole Finegan, through Assistant United States Attorneys Andrea Surratt and Laura Cramer-Babycz, respectfully moves to restrict the document at ECF #61, any order revealing the sensitive contents of that document, and the brief filed in support of this motion (ECF #62), for the reasons stated in the brief filed in support of this motion. The United States requests Level 2 restriction which would make the document, any order revealing the contents of that document, and the brief filed in support of this motion restricted to the parties and the Court.

Dated this 22nd day of April, 2022.

                    Respectfully submitted,

                    COLE FINEGAN
                    United States Attorney

By:   *s/ Andrea Surratt*
       Andrea Surratt & Laura Cramer-Babycz
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California St., Suite 1600
       Denver, CO 80202
       Telephone: (303) 454-0100
       e-mail: Andrea.Surratt@usdoj.gov