IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-143-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRANCISCO GARCIA,

        Defendant.

## MOTION TO DISCLOSE GRAND JURY MATERIAL

The United States of America respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), for an order authorizing the government to disclose grand jury testimony to defense counsel, as part of discovery in this case, on the terms and conditions outlined below. As grounds for this motion, the government states as follows:

1. Fed. R. Crim. P. 6(e), with various exceptions, prohibits the disclosure of "matters occurring before the grand jury."

2. The government has received a copy of the grand jury transcript. This transcript constitutes Jencks Act material. *See* 18 U.S.C. § 3500 and Fed. R. Crim. P. 26.2(f)(3). Accordingly, the government wishes to provide grand jury material to defense counsel.

3. Fed. R. Crim. P. 6(e)(3)(E)(i) allows for Court-authorized disclosure of matters occurring before a grand jury, when such disclosure is "preliminarily to or in connection with a judicial proceeding."

4.      The pending case against the defendant is a "judicial proceeding" and the requested disclosure is "in connection with" such proceeding. The government wishes to provide this discovery, but can do so only with the Court's approval and order.

5.      Because the grand jury proceedings (and the related transcripts and documents) remain secret, *see* Fed. R. Crim. P. 6(e), the government moves that disclosure be allowed only for purposes of defending this case, and such disclosure be made only to defense counsel; that such transcript be maintained in the defense attorney's custody; and that such materials shall not be reproduced or disseminated.

WHEREFORE, the government respectfully requests that the Court authorize the disclosure of grand jury testimony to defense counsel, in the due course of providing discovery in this case and on the terms and conditions outlined above.

Dated this 25th day of April, 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: s/ Laura Cramer-Babycz
LAURA CRAMER-BABYCZ
Assistant United States Attorney
1801 California, Suite 1600
Denver, Colorado 80202
Phone: (303) 454-0100
Fax: (303) 454-0403
E-mail: laura.cramer-babycz@usdoj.gov
Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2022, I electronically filed the foregoing MOTION TO DISCLOSE GRAND JURY MATERIAL with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

By: *s/ Deana Ambrosen*
    Legal Assistant
    United States Attorney's Office