# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-143-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRANCISCO GARCIA,

        Defendant.

## ORDER TO DISCLOSE GRAND JURY MATERIAL

THIS MATTER comes before the Court on the government's Motion to Disclose Grand Jury Material. Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), **IT IS HEREBY ORDERED AS FOLLOWS**:

1. Government counsel shall disclose the grand jury transcript to defense counsel.

2. The discovery containing the grand jury transcript may be viewed only by defense counsel, the defendant, and members of the defense team, including any defense investigators and staff, as necessary for the purposes of preparing a defense in this particular case. Defense counsel shall ensure that members of the defense team will read this Order and are informed of their responsibility to safeguard this information.

3. No copies of the discovery containing the grand jury transcript shall be made or disseminated. The defendant may be allowed to view the discovery containing the grand jury transcript, but only while in the direct presence of the defense counsel.

4. A copy of this Order shall be kept with the records at all times.

Dated this _____ day of _____ 2022.

**BY THE COURT:**

_____
Hon. Raymond P. Moore
United States District Judge