IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 21-cr-00143-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO GARCIA,

    Defendant.

___

**ORDER TO DISCLOSE GRAND JURY MATERIAL**
___

THIS MATTER comes before the Court on the government's Motion to Disclose Grand Jury Material (ECF No. 67). Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), IT IS HEREBY ORDERED AS FOLLOWS:

1. Government counsel shall disclose the grand jury transcript to defense counsel.

2. The discovery containing the grand jury transcript may be viewed only by defense counsel, the defendant, and members of the defense team, including any defense investigators and staff, as necessary for the purposes of preparing a defense in this particular case. Defense counsel shall ensure that members of the defense team will read this Order and are informed of their responsibility to safeguard this information.

3. No copies of the discovery containing the grand jury transcript shall be made or disseminated. The defendant may be allowed to view the discovery containing the grand jury transcript, but only while in the direct presence of the defense counsel.

4.       A copy of this Order shall be kept with the records at all times.

Dated this 25th day of April, 2022.

> BY THE COURT:
>
> _____
> RAYMOND P. MOORE
> United States District Judge