IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00143-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**FRANCISCO GARCIA,**

    **Defendant.**

---

### MOTION TO CONTINUE FILING DEADLINE

---

    MR. FRANCISCO GARCIA, by and through his attorney, Timothy P. O'Hara, respectfully requests that the deadline for filing any motions *in limine* be extended by one (1) day, from April 27, 2022, until April 28, 2022.

    1.    On April 25, 2022, this Court set a deadline for the filing of any motions *in limine* and/or motion challenging protective orders on or before the close of business on Wednesday, April 27, 2022.  *See* Doc. 71.

    2.    Defense counsel intend to file at least three motions *in limine* on Mr. Garcia's behalf.  Additional time is required to file the motions *in limine*.[1]

    3.    First, one of the motions pertains to redactions made by the government to discovery materials.  Defense counsel would like the discovery to be unredacted.  The parties conferred yesterday and the government agreed to review the redacted material

---

[1] By the close of business today, undersigned counsel will file a motion objecting to the court's issuance of the Second Protective Order [Doc. 69].

again in order to determine whether information could be disclosed.  Defense counsel are awaiting a response from the government.

4. Second, the government disclosed 20 pages of additional discovery this morning – all reports of recent interviews with witnesses that the government intends to call at trial.  Additional review of these reports is necessary.

5. Third, both defense counsel working on Mr. Garcia's case were required to travel to jails this morning.  Undersigned counsel traveled to Florence, Colorado, for a visit related to the present case only to learn about 20 miles outside of Florence that the scheduled visit was cancelled.

6. Undersigned counsel requests that the deadline for filing motions *in limine* be extended by one day, until April 28, 2022.  Undersigned counsel has no objection to allowing the government an additional day to respond to defense motions.

7. Undersigned counsel advised counsel for the government of the present request and they take no position.

WHEREFORE, undersigned counsel requests that the current deadline for filing motions *in limine* be extended from April 27, 2022, until April 28, 2022.

          Respectfully submitted,

          VIRGINIA L. GRADY
          Federal Public Defender

          s/ *Timothy P. O'Hara*
          TIMOTHY P. O'HARA
          Assistant Federal Public Defender
          633 Seventeenth Street, Suite 1000
          Denver, Colorado  80202
          Telephone:  (303) 294-7002
          FAX:  (303) 294-1192
          Email:  timothy_ohara@fd.org
          Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2022, I electronically filed the foregoing ***Motion to Continue Filing Deadline*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Laura Cramer-Babycz
Assistant U.S. Attorney
Email:  Laura.Cramer-Babycz@usdoj.gov

Andrea Lee Surratt
Assistant U.S. Attorney
Email: Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Francisco Garcia     (U.S. Mail)

s/ *Timothy P. O'Hara*
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  timothy_ohara@fd.org
Attorney for Defendant
