IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-143-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO GARCIA,

    Defendant.

_____

**GOVERNMENT'S MOTION TO RESTRICT**
_____

    The United States of America, by District of Colorado United States Attorney Cole Finegan, through Assistant United States Attorneys Andrea Surratt and Laura Cramer-Babycz, respectfully moves to restrict the document at ECF #76, and any order revealing the sensitive contents of those documents, and the brief filed in support of this motion (ECF #78), for the reasons stated in the brief filed in support of this motion. The United States requests that the document, any order revealing the contents of that document, and the brief filed in support of this motion to restrict be subject to Level 2 restriction, with the additional restriction that the defendant not be permitted to view those documents. That would limit access to those documents to the filing party (the Government), defense counsel, and the Court.

Dated this 27th day of April, 2022.

           Respectfully submitted,

           COLE FINEGAN
           United States Attorney


      By: *s/ Laura Cramer-Babycz*
           Laura Cramer-Babycz & Andrea Surratt
           Assistant United States Attorney
           U.S. Attorney's Office
           1801 California St., Suite 1600
           Denver, CO 80202
           Telephone: (303) 454-0100
           e-mail: laura.cramer-babycz@usdoj.gov


## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 27, 2022, I electronically filed the with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.


           By: s/Deana Ambrosen
           United States Attorney's Office