IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00143-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**FRANCISCO GARCIA,**

        **Defendant.**

---

## MOTION TO RESTRICT

---

        FRANCISCO GARCIA, by and through counsel, Assistant Federal Public Defender Timothy O'Hara, respectfully requests that Docket Number 80 be restricted at Level 2.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ *Timothy P. O'Hara*
        TIMOTHY P. O'HARA
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, CO  80202
        Telephone: (303) 294-7002
        FAX: (303) 294-1192
        Email: timothy_ohara@fd.org
        Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 28, 2022, I filed the foregoing:

**MOTION TO RESTRICT**

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Laura Cramer-Babycz, Assistant United States Attorney
Email:  Laura.Cramer-Babycz@usdoj.gov

Andrea Surratt, Assistant United States Attorney
Email: Andrea.Surratt@usdoj.gov

s/ *Timothy P. O'Hara*
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: timothy_ohara@fd.org
Attorney for Defendant