IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00143-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**FRANCISCO GARCIA,**

       **Defendant.**

## MOTION TO RESTRICT

      FRANCISCO GARCIA, by and through counsel, Assistant Federal Public Defender Timothy O'Hara, respectfully requests that Docket Number 84 be restricted at Level 2.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      s/ *Timothy P. O'Hara*
      TIMOTHY P. O'HARA
      Assistant Federal Public Defender
      633 Seventeenth Street, Suite 1000
      Denver, CO  80202
      Telephone: (303) 294-7002
      FAX: (303) 294-1192
      Email: timothy_ohara@fd.org
      Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2022, I filed the foregoing:

**MOTION TO RESTRICT**

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Laura Cramer-Babycz, Assistant United States Attorney
    Email:  Laura.Cramer-Babycz@usdoj.gov

    Andrea Surratt, Assistant United States Attorney
    Email: Andrea.Surratt@usdoj.gov

    s/ *Timothy P. O'Hara*
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, CO 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Email: timothy_ohara@fd.org
    Attorney for Defendant