IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00143-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**FRANCISCO GARCIA,**

      **Defendant.**

---

**DEFENDANT' FRANCISCO GARCIA'S PROPOSED *VOIR DIRE* QUESTIONS**

---

      FRANCISCO GARCIA, by and through counsel, Assistant Federal Public

Defender Timothy O'Hara, submits the attached proposed *voir dire* questions.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender

      s/ *Timothy P. O'Hara*
      TIMOTHY P. O'HARA
      Assistant Federal Public Defender
      633 Seventeenth Street, Suite 1000
      Denver, CO  80202
      Telephone: (303) 294-7002
      FAX: (303) 294-1192
      Email: timothy_ohara@fd.org
      Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 29, 2022, I filed the foregoing:

**DEFENDANT' FRANCISCO GARCIA'S PROPOSED *VOIR DIRE* QUESTIONS**

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Laura Cramer-Babycz, Assistant United States Attorney
Email:  Laura.Cramer-Babycz@usdoj.gov

Andrea Surratt, Assistant United States Attorney
Email: Andrea.Surratt@usdoj.gov

s/ *Timothy P. O'Hara*
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: timothy_ohara@fd.org
Attorney for Defendant