**Defendant's *Voir Dire* Questions**

1. Does racial prejudice still exist in America? If yes, how serious of a problem is it (1 being not a problem and 10 being a very serious problem)?

2. Can someone be unintentionally biased against Latino people? Please explain your answer.

3. If you believe unconscious bias or implicit bias exists, how can someone prevent that bias from affecting important decisions that an individual has to make?

4. What steps will you personally take to guard against implicit bias affecting the way you look at the evidence and deliberate about a verdict?

5. Some people believe that Latino people commit more crimes than white people – do you agree or disagree with that statement?

6. Is it possible that you are biased against Latino people even though you do not intend to be? Does the fact that Mr. Garcia is Latino make it more likely to you that he committed the crime in this case?

7. If you hear testimony from a Latino witness, would you consider the person's race in determining whether to believe that witness? Please explain your answer.

8. Is there anything about the fact that Mr. Garcia is Latino that makes it less likely that you could be a fair and impartial juror in this type of case? If yes, please explain why.

9. Have you ever heard individuals making negative remarks about Latino people? If so, how did that make you feel?

10. What would you do if you were selected as a juror and during deliberations another juror made negative comments about Latino people and/or race in general?

11. Do you have any friends or family members that are or were employed in law enforcement? If yes, please list their job title and department.

12. If you answered yes to question 11, please describe how often that you speak with these individuals and if you speak with them about their work.

13. Do you have any friends or family members that are or were employed as correction officers? If yes, please list their job title and department.

14. If you answered yes to question 13, please describe how often that you speak with these individuals and if you speak with them about their work.

15. How have you seen correctional officers portrayed in movies and television? Do you feel like those characterizations are accurate?

16. Do you think that as a general matter correctional officers are more honest than the inmates that they supervise?

17. Describe some of the challenges that you think correctional officers may face on the job.

18. Do you believe that correctional officers have animosity against the inmates that they interact with every day?

19. If inmates and correctional officers argue, what kinds of things do you think they argue about?

20. Will you believe an individual less because they are an inmate in a federal prison?

21. Are you familiar with the United States Penitentiary (USP) in Florence?  If yes, how do you know about it?

22. Have you ever lived near a jail or prison?  If yes, when and where?

23. Have you ever spent any amount of time in jail or prison?

24. Have you ever seen a sign on the road that says do not pick up hitchhikers because there is a prison nearby?  If so, what do you think when you see those signs?

25. Do you know anything about what it is like to live in a federal prison?  If yes, from where did you receive this information?

26. What is your impression of criminal defense attorneys?  Do you know any attorneys that practice criminal defense?

27. What is your impression of prosecutors?  Do you know any attorneys that are prosecutors?

28. Is there anything about you or your beliefs that you think would make it less likely that you could be a fair and impartial juror in this type of case?  If yes, please explain why.

29. Do you think that the standard of proof in a criminal trial should be lowered when the defendant is an inmate in prison?

30. Have you or anyone you know been a member of a gang?  If so, please explain.

31. Have you ever had any personal experiences/encounters with an individual that you believe was in a gang?  If so, please explain.

32. Have you ever watched any television shows/documentaries about drug cartels?  If so, which ones?

33. Have you ever heard of the drug cartel in Mexico known as the Gulf Cartel? If so, how?

34. Have you ever heard of the Mexican Mafia?  If so, how?

35. Have you ever heard of the Sureños?  If so, how?

36. Have you ever been bullied?  If so, please explain.

37. Have you ever been a bully to someone else?  If so, please explain.

38. Have you ever been a boxer or done MMA (mixed martial arts)?  If so, please explain.

39. Do you have any medical training?

40. Do you have any tattoos?  If so, what are they of?

41. If I asked you right now to render a verdict in this case, what would it be?