# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE RAYMOND P. MOORE

Case No.   21-cr-00143-RM                    Date:  May 9, 2022

Case Title:   USA v. Garcia

### DEFENDANT FRANCISCO GARCIA'S WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| 1) Arcadio Perez | 5/11/22 – 45 minutes - 1 hour |
| 2) Richard Santiago | 5/12/22 – 45 minutes - 1 hour |
| 3) Agent Amber Cronan (may call) | 5/11/22 – unknown |
| 4) SIS Tech Roman Manjarrez (may call) | 5/11/22 – unknown |
| 5) Investigator Raelee Knapp (may call) | 5/11/22 – unknown |
| 6) SIS Tech Jamie Gonzalez (may call) | 5/11/22 – unknown |
| 7) SIS Tech Brent Foster (may call) | 5/12/22 - unknown |
| 8) Lt. Lamont Anthony (may call) | 5/12/22 - unknown |
| 9) Richley Turner (may call) | 5/12/22 - unknown |