IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-143-RM

UNITED STATES OF AMERICA,

　　Plaintiff,

v.

FRANCISCO GARCIA,

　　Defendant.

_____

### GOVERNMENT'S PROPOSED *VOIR DIRE* QUESTIONS
_____

　　The United States of America, by and through Cole Finegan, United States Attorney, and Laura Cramer-Babycz and Andrea Surratt, Assistant United States Attorneys, submit the following proposed questions for *voir dire* for jury trial set to commence on May 9, 2022.

### Background

1.　Where are you employed?　Where is your spouse or significant other employed?

2.　What are your hobbies?

3.　What do you read? Any newspapers or magazines?

4.　What television shows do you watch regularly?

### Crime Victim / Charged With a Crime / Lawsuits

5.　Have any prospective jurors, relatives, or close friends ever been the **victim** of a crime?　If so, what was the crime?　If you would prefer not to speak in open court, this information can be handled privately.　Would anything about that experience affect your ability to be fair and impartial in this case?

6.     Have any prospective jurors, relatives, or close friends ever been **charged** with a crime?  If so, what was the crime?  Was the case resolved in a trial or by plea of guilty? What sentence was imposed?  Would that experience interfere with your ability to decide this case fairly and impartially?

7.     Have you or any members of your family been involved in a lawsuit against the United States government?

**Law Enforcement / Prison System**

8.     This matter was investigated by the Bureau of Prisons and the Federal Bureau of Investigation.  Have you ever dealt with either of those agencies?  If so, is there anything about your dealing with them that would lead you to be biased in favor of or against these agencies?

9.     This case occurred within a federal prison.  Do you have any preconceived notions (from TV shows, movies, or otherwise) about prison life?  If so, will you be able to put aside those preconceived notions and listen to the evidence in this case in order to return a verdict?

10.    Are you familiar with the Federal Bureau of Prisons' Administrative Maximum Facility, also known as the ADX, in Florence, Colorado?  How are you familiar with that facility?

11.    Do you hold any feelings or opinions about maximum security facilities that would impair your ability to consider evidence relating to an incident between individuals who were maximum security inmates?

12.    Other than anyone who has worked in a prison, has anyone been inside of a prison,

whether visiting or otherwise? What prison? What caused you to visit? What were your thoughts or feelings during and after the visit?

13. Have you or anyone you know ever served time in a jail, prison, penitentiary, or juvenile detention facility? Would that affect your ability to be fair in this case?

14. Do any of you have feelings or opinions about **prisons** that would impair or affect your ability to consider evidence relating to an incident that happened in a prison?

15. Do any of you have any feelings or opinions about **prisoners** generally that would impair or affect your ability to consider evidence relating to an incident that happened between two prisoners?

16. Do any of you think or believe "inmates deserve what they get" in prison?

17. What is your general opinion of people who choose to work in prisons, such as correctional officers?

18. Have you, your spouse, family members, or close friends ever worked with people convicted of criminal offenses? Examples would include employment as a probation officer, parole officer, drug or alcohol counselor, mental health counselor, prosecutor, defense attorney, corrections officer, volunteer work, etc.

**Prior Jury Service**

19. Have you previously been called to jury service? Did you actually sit as a juror? Civil or criminal case? What jurisdiction? What was your verdict? Did you serve as the foreperson?

**Potential Reservations About Being A Juror**

20. Do you feel comfortable assessing the credibility of witnesses? What do you look

to in your everyday life to assess credibility of people you interact with?

21.     Does any juror have any religious, moral, or philosophical reservations about sitting as a juror in a criminal case, or returning a verdict of guilty, if the government proves the defendant's guilt beyond a reasonable doubt?

22.     Would you be able to assess the evidence in this case and render a verdict without consideration as to the type of sentence or punishment that ultimately may be imposed as result of your verdict?

Dated this 29th day of April, 2022.

                                    Respectfully submitted,

                                    COLE FINEGAN
                                    United States Attorney

                                    By: *s/Laura Cramer-Babycz*
                                    Laura Cramer-Babycz
                                    Andrea Surratt
                                    Assistant United States Attorneys
                                    1801 California, Suite 1600
                                    Denver, Colorado 80202
                                    Telephone: (303) 454-0100
                                    Facsimile: (303) 454-0406
                                    E-mail: laura.cramer-babycz@usdoj.gov
                                    Attorneys for the United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of April, 2022, I electronically filed GOVERNMENT'S PROPOSED *VOIR DIRE* QUESTIONS with the Clerk of Court using the ECF system which will send notification of such filing to all parties of record.

                                    *s/Deana Ambrosen*
                                    Legal Assistant
                                    United States Attorney's Office