# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE RAYMOND P. MOORE

Case No. 21-cr-143-RM                              Date: May 9–12, 2022

Case Title: United States v. Garcia

United States (Plaintiff)   WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Lamont Anthony | 5/9/22 – 60 minutes |
| Troy Watson | 5/9/22 – 60 minutes |
| Jeremy Kammrad | 5/9/22 – 60 minutes |
| Dr. Christopher Capua | 5/10/22 – 45 minutes |
| Osiel Cardenas-Guillen | 5/10/22 – 2 hours |
| Roger Huddleston | 5/10/22 – 30 minutes |
| Shaun Stratton | 5/10/22 – 45 minutes |
| Brent Foster | 5/10/22 – 45 minutes |
| Cody Hagans | 5/10/22 – 30 minutes |
| Shane Bennett | 5/10/22 – 75 minutes |
| Craig Zimmerman | 5/11/22 – 20 minutes |
| John Feeney | 5/11/22 – 60 minutes |
| Roman Manjarrez (may call) | 5/11/22 – 30 minutes |
| Richley Turner (may call) | 5/11/22 – 30 minutes |