CASE CAPTION: United States v. Garcia

CASE NO.: 21-cr-143-RM

EXHIBIT LIST OF: United States (Plaintiff)
(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1. | Anthony | Diagram of USP [INV_3261] | | | | | |
| 2. | Anthony | Diagram of B/A Unit [INV_3260] | | | | | |
| 3. | Watson | Picture of Garcia [INV_30] | | | | | |
| 4. | Watson | Picture of Cardenas-Guillen [INV_44] | | | | | |
| 5. | Watson | Surveillance video [INV_344] | | | | | |
| 6. | Watson | Surveillance video [INV_345] | | | | | |
| 7. | Anthony | Picture of Cardenas-Guillen [INV_298] | | | | | |
| 8. | Kammrad | Picture of Cardenas-Guillen [INV_299] | | | | | |
| 9. | Kammrad | Picture of Cardenas-Guillen [INV_300] | | | | | |
| 10. | Kammrad | Picture of Cardenas-Guillen [INV_301] | | | | | |
| 11. | Kammrad | Picture of Cardenas-Guillen [INV_302] | | | | | |
| 12. | Kammrad | Picture of USP Medical [INV_422] | | | | | |
| 13. | Kammrad | Picture of gurney in USP Medical [INV_424] | | | | | |
| 14. | Bennett | Picture of Cardenas-Guillen's shirt [INV_491] | | | | | |
| 15. | Bennett | Picture of Cardenas-Guillen's shirt (close-up) [INV_493] | | | | | |
| 16. | Bennett | Picture of Cardenas-Guillen's shirt [INV_495] | | | | | |
| 17. | Bennett | Picture of Cardenas-Guillen's shorts [INV_496] | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 18. | Bennett | Picture of Cardenas-Guillen's shoes [INV_508] | | | | | |
| 19. | Bennett | Picture of Cardenas-Guillen's shoes (bottom) [INV_509] | | | | | |
| 20. | Bennett | Physical exhibit - Cardenas-Guillen's shirt | | | | | |
| 21. | Zimmerman | Physical exhibit - Cardenas-Guillen's shorts | | | | | |
| 21A. | Zimmerman | Physical exhibit - Cardenas-Guillen's shoes | | | | | |
| 22. | Huddleston | Clip of Garcia's medical assessment video [INV_327] | | | | | |
| 23. | Huddleston | Picture of Garcia's face [INV_306] | | | | | |
| 24. | Huddleston | Picture of Garcia (left) [INV_307] | | | | | |
| 25. | Huddleston | Picture of Garcia (right) [INV_308] | | | | | |
| 26. | Huddleston | Picture of Garcia's elbow [INV_309] | | | | | |
| 27. | Huddleston | Picture of Garcia's elbow (close up) [INV_303] | | | | | |
| 28. | Huddleston | Picture of Garcia's back [INV_305] | | | | | |
| 29. | Huddleston | Picture of Garcia's hands [INV_304] | | | | | |
| 30. | Huddleston | Picture of Garcia's hands [INV_310] | | | | | |
| 31. | Bennett | Picture of Garcia [INV_419] | | | | | |
| 32. | Bennett | Picture of Garcia [INV_420] | | | | | |
| 33. | Bennett | Picture of Garcia [INV_421] | | | | | |
| 34. | Bennett | Picture of Garcia's shorts [INV_475] | | | | | |
| 35. | Bennett | Picture of Garcia's shirt [INV_478] | | | | | |
| 36. | Bennett | Picture of Garcia's shirt [INV_479] | | | | | |
| 37. | Bennett | Picture of Garcia's shorts [INV_476] | | | | | |
| 38. | Bennett | Picture of Garcia's shorts [INV_477] | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 39. | Bennett | Picture of Garcia's boxers [INV_480] | | | | | |
| 40. | Bennett | Picture of Garcia's shoes [INV_485] | | | | | |
| 41. | Bennett | Picture of Garcia's shoes (bottom) [INV_487] | | | | | |
| 42. | Bennett | Physical exhibit - Garcia's shirt | | | | | |
| 43. | Bennett | Physical exhibit - Garcia's shorts | | | | | |
| 44. | Bennett | Physical exhibit - Garcia's shoes | | | | | |
| 45. | Bennett | Picture of B/A Unit [INV_440] | | | | | |
| 46. | Bennett | Picture of Cell 120 door [INV_442] | | | | | |
| 47. | Bennett | Picture of Cell 120 (from outside) [INV_447] | | | | | |
| 48. | Bennett | Picture of Cell 120 (inside from door) [INV_448] | | | | | |
| 49. | Bennett | Picture of Cell 120 (toilet) [INV_470] | | | | | |
| 50. | Bennett | Picture of Cell 120 (sink) [INV_471] | | | | | |
| 51. | Bennett | Picture of Cell 120 (inside from door) [INV_449] | | | | | |
| 52. | Bennett | Picture of Cell 120 (inside towards door) [INV_450] | | | | | |
| 53. | Bennett | Picture of Cell 120 (inside towards door) [INV_451] | | | | | |
| 54. | Bennett | Picture of Cell 120 (inside towards door) [INV_452] | | | | | |
| 55. | Bennett | Picture of Cell 120 (under bunk) [INV_454] | | | | | |
| 56. | Anthony | Picture of hallway outside Cell 120 [INV_455] | | | | | |
| 57. | Bennett | Picture of Cell 120 (door close-up) [INV_472] | | | | | |
| 58. | Bennett | Picture of Cell 120 (from outside, with markers) [INV_456] | | | | | |
| 59. | Bennett | Picture of Cell 120 (marker 1) [INV_457] | | | | | |
| 60. | Bennett | Picture of Cell 120 (marker 1 close-up) [INV_458] | | | | | |
| 61. | Bennett | Picture of Cell 120 (markers 2 and 3) [INV_462] | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 62. | Bennett | Picture of Cell 120 (marker 2 close-up) [INV_463] | | | | | |
| 63. | Bennett | Picture of Cell 120 (marker 3 close-up) [INV_466] | | | | | |
| 64. | Bennett | Picture of Cell 120 (marker 4) [INV_467] | | | | | |
| 65. | Bennett | Picture of Cell 120 (from outside) [INV_469] | | | | | |
| 66. | Anthony | Picture of B/A Unit [INV_3305] | | | | | |
| 67. | Anthony | Picture of B/A Unit [INV_3304] | | | | | |
| 68. | Stratton | Picture of cell door [INV_3295] | | | | | |
| 69. | Stratton | Picture of cell door [INV_3298] | | | | | |
| 70. | Hagans | Picture of cell door [INV_3299] | | | | | |
| 71. | Hagans | Picture of cell door [INV_3301] | | | | | |
| 72. | Watson | Picture of Richard Santiago [INV_3270] | | | | | |
| 73. | | Trial Stipulation Regarding Jurisdiction | X | | | | |
| 74. | | Trial Stipulation Regarding Video | X | | | | |
| 75. | | | | | | | |
| 76. | | | | | | | |
| | | | | | | | |
| 100. | Anthony | Sept. 2, 2019 Memo [INV_329] | | | | | |
| 101. | Foster | Sept. 2, 2019 Memo [INV_339] | | | | | |
| 102. | Hagans | Sept. 2, 2019 Memo [INV_526] | | | | | |
| 103. | Huddleston | Sept. 2, 2019 Medical Records [INV_312–14] | | | | | |
| 104. | Kammrad | Sept. 2, 2019 Medical Records [INV_274–76] | | | | | |
| 105. | Stratton | Sept. 2, 2019 Memo [INV_561] | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 106. | Watson | Incident Report [INV_322] | | | | | |
| 107. | Bennett | Administrative Worksheet [INV_346–48] | | | | | |
| 108. | Bennett | Diagram Sketch [INV_353–56] | | | | | |
| 109. | Bennett | Crime Scene Photographer Log [INV_402–08] | | | | | |
| 110. | Capua | Portion of Penrose Medical Records [MR_421–26, 450–51, 466–70] | | | | | |
| 111. | | | | | | | |
| 112. | | | | | | | |