IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-143-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO GARCIA,

    Defendant.

_____

### PROPOSED VERDICT FORM
_____

    The United States Attorney's Office for the District of Colorado respectfully submits the enclosed proposed verdict form, to which the defendant does not object.

    Dated this 29th day of April, 2022.

                                            Respectfully submitted,

                                            COLE FINEGAN
                                            United States Attorney

                    By:    *s/ Andrea Surratt*_____
                          Andrea Surratt & Laura Cramer-Babycz
                          Assistant United States Attorney
                          U.S. Attorney's Office
                          1801 California St., Suite 1600
                          Denver, CO 80202
                          Telephone: (303) 454-0100
                          e-mail: Andrea.Surratt@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00143-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   FRANCISCO GARCIA,

    Defendant.

---

## VERDICT FORM

---

We, the jury, upon our oaths, unanimously find the defendant, FRANCISCO GARCIA

    _____    Not guilty

    _____    Guilty

of the offense of assault resulting in serious bodily injury as charged in Count One of the Indictment.


_____                                                                                         _____
DATE                                                                                                              FOREPERSON