CASE CAPTION: __US v. Francisco Garcia_____

CASE NO.: ___21-cr-00143-RM_____

EXHIBIT LIST OF: _____Defense_____
(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| A | Cardenas-Guillen | Certified Copy of Conviction | | | | | |
| B | Cardenas-Guillen/Manjarrez | September 6, 2019 Memo (INV_110-11) | | | | | |
| C | Cardenas-Guillen/Manjarrez | September 12, 2019 Memo (INV_120) | | | | | |
| D | Cardenas-Guillen/Knapp | October 25, 2021 Memo | | | | | |
| E | Cardenas-Guillen | January 20, 2011 Memo (INV_923-24) | | | | | |
| F | Cardenas-Guillen/Gonzalez | 302 Report from January 30, 2020 (INV_121-124) | | | | | |
| G | Multiple | Photo of Outer Cell Door (INV_442) | | | | | |
| H | Gonzalez | 302 Report from January 30, 2020 (INV_702-703) | | | | | |
| I | Manjarrez | 302 Report from January 29, 2020 (INV_712-717) | | | | | |
| J | Anthony | 302 Report from June 22, 2020 (INV_78-80) | | | | | |
| K | Turner | September 2, 2019 Memo (INV_413) | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |