IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00143-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**FRANCISCO GARCIA,**

       **Defendant.**

---

### DEFENDANT FRANCISCO GARCIA'S PROPOSED JURY INSTRUCTIONS

---

FRANCISCO GARCIA, by and through counsel, Assistant Federal Public Defender Timothy O'Hara, submits the following proposed jury instructions:

• Competing Defense Instructions D-01 through D-05

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/ *Timothy P. O'Hara*
       TIMOTHY P. O'HARA
       Assistant Federal Public Defender
       633 Seventeenth Street, Suite 1000
       Denver, CO  80202
       Telephone: (303) 294-7002
       FAX: (303) 294-1192
       Email: timothy_ohara@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I filed the foregoing:

**DEFENDANT FRANCISCO GARCIA'S PROPOSED JURY INSTRUCTIONS**

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Laura Cramer-Babycz, Assistant United States Attorney
    Email:  Laura.Cramer-Babycz@usdoj.gov

    Andrea Surratt, Assistant United States Attorney
    Email: Andrea.Surratt@usdoj.gov

    s/ *Timothy P. O'Hara*
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, CO 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Email: timothy_ohara@fd.org
    Attorney for Defendant