IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00143-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**FRANCISCO GARCIA,**

       **Defendant.**

---

## MOTION TO RESTRICT

---

       FRANCISCO GARCIA, by and through counsel, Assistant Federal Public Defender Timothy O'Hara, respectfully requests that Docket Number 104 be restricted at Level 2.

                                            Respectfully submitted,

                                            VIRGINIA L. GRADY
                                            Federal Public Defender


                                            s/ *Timothy P. O'Hara*
                                            TIMOTHY P. O'HARA
                                            Assistant Federal Public Defender
                                            633 Seventeenth Street, Suite 1000
                                            Denver, CO  80202
                                            Telephone: (303) 294-7002
                                            FAX: (303) 294-1192
                                            Email: timothy_ohara@fd.org
                                            Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 2, 2022, I filed the foregoing:

**MOTION TO RESTRICT**

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Laura Cramer-Babycz, Assistant United States Attorney
    Email:  Laura.Cramer-Babycz@usdoj.gov

    Andrea Surratt, Assistant United States Attorney
    Email: Andrea.Surratt@usdoj.gov

                                   s/ *Timothy P. O'Hara*
                                   TIMOTHY P. O'HARA
                                   Assistant Federal Public Defender
                                   633 Seventeenth Street, Suite 1000
                                   Denver, CO 80202
                                   Telephone: (303) 294-7002
                                   FAX: (303) 294-1192
                                   Email: timothy_ohara@fd.org
                                   Attorney for Defendant