IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-143-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO GARCIA,

    Defendant.

_____

**GOVERNMENT'S MOTION TO RESTRICT**
_____

The United States of America, by District of Colorado United States Attorney Cole Finegan, through Assistant United States Attorneys Andrea Surratt and Laura Cramer-Babycz, respectfully moves to restrict the documents at ECF #113, and any order revealing the sensitive contents of those documents, and the brief filed in support of this motion (ECF #115), for the reasons stated in the brief filed in support of this motion. The United States requests that the document, any order revealing the contents of that document, and the brief filed in support of this motion to restrict be subject to Level 2 restriction. That would limit access to those documents to the filing party (the Government), defendant, and the Court.

Dated this 2nd day of May, 2022.

                                    Respectfully submitted,

                                    COLE FINEGAN
                                    United States Attorney

By:   *s/ Laura Cramer-Babycz*
        Laura Cramer-Babycz & Andrea Surratt
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        e-mail: laura.cramer-babycz@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on May 2, 2022, I electronically filed the with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                      By:   *s/Deana Ambrosen*
                                              *Legal Assistant*
                                              United States Attorney's Office