IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-143-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO GARCIA,

    Defendant.

_____

**GOVERNMENT'S MOTION TO RESTRICT**
_____

The United States of America, by District of Colorado United States Attorney Cole Finegan, through Assistant United States Attorneys Andrea Surratt and Laura Cramer-Babycz, respectfully moves to restrict the document at ECF #118 and any order revealing the sensitive contents of those documents, for the reasons stated in the brief filed at ECF #54. The United States requests Level 3 restriction which would make the document, any order revealing the contents of that document, and the brief filed in support of this motion restricted to the filing party (the Government) and the Court.

Dated this 2nd day of May, 2022.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney


    By: *s/ Andrea Surratt*
        Andrea Surratt & Laura Cramer-Babycz
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        e-mail: Andrea.Surratt@usdoj.gov