IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Tammy Hoffschildt<br>Probation:  n/a | Date:  May 3, 2022<br>Interpreter:  n/a |

**CASE NO.   21-cr-00143-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Laura Cramer-Babycz<br>Andrea Surratt |
| Plaintiff, | |
| v. | |
| 1.  FRANCISCO GARCIA, | Timothy O'Hara<br>Matthew Belcher |
| Defendant. | |

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**
**COURT IN SESSION:        10:00 a.m.**

Appearances of counsel.   Defendant is present and in custody.

Preliminary remarks made by the Court.

Discussion held regarding first day of trial schedule, jury selection, voir dire, opening statements, scheduling of witnesses, closing arguments, displaying of exhibits, physical exhibits, jury instructions, pending motions and motions *in limine*.

**ORDERED:**   Government's motion (Doc. 61) is GRANTED in part and DENIED in part as stated on the record.

**ORDERED:**   Government's supplemental motion (Doc. 76) is GRANTED as stated on the record.

**ORDERED:**   Defendant's motion (Doc. 80) is DENIED as stated on the record.

**ORDERED:**   Defendant's motion (Doc. 82) is **taken under advisement.**   Counsel shall provide the unredacted information at issue for the Court's review by **May 4, 2022**, and a written order will be issued by May 5, 2022.

**ORDERED:**   Defendant's motion (Doc. 75) is DENIED as stated on the record.

**ORDERED:**   Defendant's motion (Doc. 84) is GRANTED in part and DENIED in part as stated on the record.

**ORDERED:**   If counsel wish to file pleadings to preserve their positions on the motions the Court has ruled on today, they may do so by **close of business on May 6, 2022.   Those pleadings shall be filed at the same restriction level as the motions to which they are referred.**

Discussion held regarding clarification on certain rulings the Court has made today and where the defendant will be held prior to the trial.

**ORDERED:**   Defendant remanded to the custody of the U.S. Marshals Service.

**COURT IN RECESS:**        11:21 a.m.
**Total in court time:**        1:21
**Hearing concluded**