**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:   Cathy Pearson | Date:   May 5, 2022 |
| Court Reporter:   Tammy Hoffschildt | Interpreter:   n/a |
| Probation:   n/a | |

**CASE NO.   21-cr-00143-RM**

<u>Parties</u>

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  FRANCISCO GARCIA,

    Defendant.

<u>Counsel</u>

Laura Cramer-Babycz
Andrea Surratt

Matthew Belcher

**COURTROOM MINUTES**

**IN-COURT HEARING**
**COURT IN SESSION:**　　　**1:08 p.m.**

Defendant is not present; presence waived.

Remarks made by the Court regarding security issues raised by the U.S. Marshals Service.

**COURT IN RECESS:**　　　**1:16 p.m.**
**Total in court time:**　　　**00:08**
**Hearing concluded**