IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00143-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**FRANCISCO GARCIA,**

       **Defendant.**

---

## NOTICE OF DISPOSITION

---

     MR. FRANCISCO GARCIA, by and through counsel, Timothy P. O'Hara, Assistant Federal Public Defender, hereby confirms to this Honorable Court in writing that Mr. Garcia intends to plead guilty without a plea agreement. The matter has been scheduled for a Change of Plea Hearing on Monday, May 9, 2022.

                                 Respectfully submitted,

                                 VIRGINIA L. GRADY
                                 Federal Public Defender

                                 s/ *Timothy P. O'Hara*
                                 TIMOTHY P. O'HARA
                                 Assistant Federal Public Defender
                                 633 Seventeenth Street, Suite 1000
                                 Denver, Colorado  80202
                                 Telephone:  (303) 294-7002
                                 FAX:  (303) 294-1192
                                 Email:  timothy_ohara@fd.org
                                 Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on May 6, 2022, I electronically filed the foregoing **Notice of Disposition** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

      Laura Cramer-Babycz, Assistant United States Attorney
      Email: Laura.Cramer-Babycz@usdoj.gov

      Andrea Surratt, Assistant United States Attorney
      Email: Andrea.Surratt@usdoj.gov

. . . and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

      Francisco Garcia (via U.S. mail)

      s/ *Timothy P. O'Hara*
      TIMOTHY P. O'HARA
      Assistant Federal Public Defender
      633 Seventeenth Street, Suite 1000
      Denver, Colorado  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Email:  timothy_ohara@fd.org
      Attorney for Defendant