# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Tammy Hoffschildt<br>Probation:  n/a | Date:  May 6, 2022<br>Interpreter:  n/a |

### CASE NO.   21-cr-00143-RM

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Andrea Surratt<br>Laura Cramer-Babycz |
| Plaintiff, | |
| v. | |
| 1.  FRANCISCO GARCIA, | Timothy O'Hara<br>Matthew Belcher |
| Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**
**COURT IN SESSION:**      12:03 p.m.

Appearances of counsel.   Defendant is not present; presence waived.

Preliminary remarks made by the Court.

Mr. O'Hara advises the Court that the defendant wishes to enter a plea of guilty without a plea agreement.   The Government does not object to the oral or written Notice of Disposition.

**ORDERED:**  The oral Notice of Disposition is accepted.

The Court directs counsel for the defendant to file a written Notice of Disposition by close of business today, May 6, 2022.

Discussion held regarding D.C.COLO.LCrR 11.1 (a).

**ORDERED:**   The four-day jury trial set for May 9, 2022, is VACATED.

**ORDERED:**   A Change of Plea Hearing is set for **May 9, 2022, at 10:00 a.m.**   Counsel for the defendant shall provide the Court with plea documents by email as soon as practicable but no less than 30 minutes prior to the Change of Plea Hearing.

**ORDERED:**   If the Court-approved plea document is not going to be used for the change of plea, counsel for the Government shall provide the Court with the statutory maximum penalty in this case.

Discussion held regarding counsel for the defendant having access to the defendant prior to the Change of Plea Hearing.

**COURT IN RECESS:**      12:14 p.m.
**Total in court time:**      00:11
**Hearing concluded**