IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00143-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**FRANCISCO GARCIA,**

    **Defendant.**

---

### UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING

---

MR. FRANCISCO GARCIA, through his attorney, Timothy P. O'Hara, respectfully requests that the Sentencing Hearing be continued for approximately 60 days, from August 19, 2022, until mid-October of 2022.

1. On May 9, 2022, Mr. Garcia appeared before this Honorable Court and pled guilty without an agreement with the government. *See* Doc. 126. At that time, the Court set the Sentencing Hearing for August 19, 2022. *See id.*

2. On June 24, 2022, United States Probation Officer Sara Johnson conducted the presentence investigation interview with Mr. Garcia by phone. Undersigned counsel was present on the call.

3. On July 14, 2022, the probation department released the initial disclosure of the Pre-Sentence Investigation Report (PSIR) on ECF. *See* Doc. 129.

4. In anticipation of the initial disclosure of the PSIR, starting on July 12, 2022, undersigned counsel through his legal assistant, attempted to set up a phone call with

Mr. Garcia, who is housed in the Bureau of Prisons (BOP) at the Administrative Maximum (ADX) facility in Florence, Colorado. The legal assistant made numerous calls and emails to Mr. Garcia's counselor requesting the phone call. After nearly a week of attempts, on July 18, 2022, a call was scheduled for the following day, July 19, 2022. Undersigned counsel participated in the call but did not complete the necessary review of the PSIR with Mr. Garcia during that phone call.

5. Undersigned counsel has determined that at least one in-person visit will be necessary to finish the review of the PSIR with Mr. Garcia and to consult with him in preparation for the Sentencing Hearing.

6. On July 19, 2022, undersigned counsel's legal assistant contacted the counselor again to set up an in-person visit. The legal assistant has given suggested dates in the month of August for such a visit to occur, but she has not received a response to date.

7. Due to BOP policy, Mr. Garcia is not allowed to possess the PSIR in his cell and can only review it if a copy is sent to his counselor and he requests a visit to the counselor's office to view it. Undersigned counsel has sent a copy of the PSIR to Mr. Garcia's counselor but Mr. Garcia has not yet received it.

8. Because of the logistical difficulties that surround representing an individual in ADX, the time necessary to travel for an in-person visit, and the delay that often occurs in scheduling visits, undersigned counsel requires additional time to file objections to the PSIR and prepare sentencing-related documents. Undersigned counsel requests that all deadlines be extended by a period of 60 days:

a) objections to the PSIR until approximately September 28, 2022;

      b) sentencing-related motions until approximately October 5, 2022; and

      c) sentencing hearing until approximately October 14, 2022.

      9.      As additional support, undersigned counsel also will be out of the office from July 22, 2022, until July 29, 2022, and is expected to participate in a jury trial on September 19, 2022, in Durango, Colorado in case 20-cr-353-REB-JMC.

      10.      Undersigned counsel advised counsel for the government of the present request and the government has no objection. Similarly, Mr. Garcia has no objection.

      11.      According to the BOP website, Mr. Garcia's scheduled release date is June 6, 2025.

      12.      The present motion is undersigned counsel's first request to continue the Sentencing Hearing.

      WHEREFORE, undersigned counsel requests that the Sentencing Hearing be continued, along with all deadlines related to sentencing, for approximately 60 days.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender

      s/ *Timothy P. O'Hara*
      TIMOTHY P. O'HARA
      Assistant Federal Public Defender
      633 Seventeenth Street, Suite 1000
      Denver, Colorado  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Email:  timothy_ohara@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2022, I electronically filed the foregoing

**UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

 Laura Cramer-Babycz
 Assistant U.S. Attorney
 Email:  Laura.Cramer-Babycz@usdoj.gov

 Andrea L. Surratt
 Assistant U.S. Attorney
 Email: andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

 Francisco Garcia (U.S. Mail)

           s/ Timothy P. O'Hara
           TIMOTHY P. O'HARA
           Assistant Federal Public Defender
           633 Seventeenth Street, Suite 1000
           Denver, Colorado  80202
           Telephone:  (303) 294-7002
           FAX:  (303) 294-1192
           Email:  timothy_ohara@fd.org
           Attorney for Defendant