IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00143-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**FRANCISCO GARCIA,**

    **Defendant.**

---

### UNOPPOSED MOTION TO CONTINUE THE DEADLINE FOR FILING OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT [DOC. 129]

---

MR. FRANCISCO GARCIA, through his attorney, Timothy P. O'Hara, requests that the deadline for filing objections to the Presentence Investigation Report (PSIR) be extended by one business day, from October 12, 2022, until October 13, 2022.

    1.    The Sentencing Hearing in this case was originally scheduled for August 19, 2022. *See* Doc. 126.

    2.    On July 14, 2022, a Presentence Investigation Report was filed and any responses or objections to that report were due on July 28, 2022. *See* Doc. 129.

    3.    On July 21, 2022, unopposed requested a continuance of the Sentencing Hearing for approximately 60 days. *See* Doc. 130. The request was not opposed by the government. *See id.*

4. On July 22, 2022, the Court granted the Unopposed Motion and set the Sentencing Hearing for November 2, 2022, at 9:00 a.m. *See* Docs. 131.

5. Due to the continuance of the Sentencing Hearing, the objections and/or responses to the PSIR are due today, October 12, 2022, which is three weeks prior to the Sentencing Hearing.[1]

6. Mr. Garcia is still confined at the USP Florence ADMAX (the ADX) in Florence, Colorado. Since the continuance, undersigned counsel has traveled to the ADX in order to consult with Mr. Garcia. Additional communication is necessary with him prior to filing any objections and/or responses to the PSIR.

7. After several attempts to schedule a legal call, counsel has now been able to schedule a legal call with Mr. Garcia for Thursday, October 13, 2022. Accordingly, counsel requests that the deadline to file objections and/or responses to the PSIR be extended by one business day, to Thursday, October 13, 2022, so that he can speak with Mr. Garcia prior to finalizing and filing his objections and/or responses.

8. Undersigned counsel advised counsel for the government of the present request and she has no objection to the requested extension.

---

[1] As part of the Unopposed Motion to Continue the Sentencing Hearing, undersigned counsel also requested that all deadlines be extended by a period of 60 days. *See* Doc. 130 at p. 2.

WHEREFORE, undersigned counsel requests that the current deadline for filing objections and/or responses to the Presentence Investigation Report be extended from October 12, 2022, until October 13, 2022.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ Timothy P. O'Hara
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  timothy_ohara@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on October 12, 2022, I electronically filed the foregoing ***Unopposed Motion to Continue the Deadline for Filing Objections to the Presentence Investigation Report (PSIR)*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Laura Cramer-Babycz
  Assistant U.S. Attorney
  Email: Laura.Cramer-Babycz@usdoj.gov

  Andrea L. Surratt
  Assistant U.S. Attorney
  Email: andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Francisco Garcia  (U.S. Mail)

            s/ *Timothy P. O'Hara*
            TIMOTHY P. O'HARA
            Assistant Federal Public Defender
            633 Seventeenth Street, Suite 1000
            Denver, Colorado  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            Email:  timothy_ohara@fd.org
            Attorney for Defendant