IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

| | |
|---|---|
| Courtroom Deputy:  Leigh Roberson<br>Court Reporter:  Darlene Martinez<br>Probation:  Sara Johnson | Date:  November 22, 2022<br>Interpreter:  n/a |

**CASE NO.  22-cr-00118-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Andrea Surratt |
| Plaintiff, | |
| v. | |
| FRANCISCO GARCIA, | Timothy O'Hara<br>Matthew Belcher |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**Court in session:   9:01 a.m.**

Appearances of counsel.   Defendant is present and in custody.

Defendant entered his plea on May 9, 2022, to Count 1 of the Indictment. The plea was entered without a plea agreement.

Discussion held regarding pending motions and objections.

**Court in recess:   10:27 a.m.**
**Court in session: 10:38 a.m.**

**ORDERED:**  Government's Motion (Doc. 139) is granted.

**ORDERED:**  Defendant's Motion (Doc. 140) is denied.

Argument given regarding sentencing.

Defendant addresses the Court.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

The Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, FRANCISCO GARCIA, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **60 months,** which term shall be served consecutively to the sentence imposed in the District of North Dakota in case number 05-cr-00133.

**ORDERED:** No additional term of supervised release shall be imposed.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because the defendant has no ability to pay a fine.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**   12:03 p.m.
Hearing concluded.
Total time: 2 hours 51 minutes