IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00143-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**FRANCISCO GARCIA,**

    **Defendant.**

## DEFENDANT'S NOTICE OF APPEAL

    Defendant, Francisco Garcia, through appointed counsel, Timothy P. O'Hara, and the Office of the Federal Public Defender, files this notice of appeal to the Tenth Circuit Court of Appeals and appeals the Judgment and Commitment Order (Doc. # 148) that was entered on November 28, 2022.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    s/ *Timothy P. O'Hara*
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  timothy_ohara@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2022, I electronically filed the foregoing

**DEFENDANT'S NOTICE OF APPEAL**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Laura Cramer-Babycz
    Assistant U.S. Attorney
    Email:  Laura.Cramer-Babycz@usdoj.gov

    Andrea L. Surratt
    Assistant U.S. Attorney
    Email: andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Francisco Garcia    (U.S. Mail)

    s/ Timothy P. O'Hara
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  timothy_ohara@fd.org
    Attorney for Defendant