APPEAL,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:21–cr–00143–RM–1

Case title: USA v. Garcia

Date Filed: 04/22/2021

Date Terminated: 11/28/2022

---

Assigned to: Judge Raymond P. Moore

**Defendant (1)**

| | | |
|---|---|---|
| **Francisco Garcia**<br>*TERMINATED: 11/28/2022* | represented by | **Matthew Kyle Belcher**<br>Office of the Federal Public Defender<br>633 Seventeenth Street<br>Suite 1000<br>Denver, CO 80202<br>303–294–7002<br>Fax: 303–294–1192<br>Email: Matthew_Belcher@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**Timothy Patrick O'Hara**<br>Office of the Federal Public Defender<br>633 Seventeenth Street<br>Suite 1000<br>Denver, CO 80202<br>303–294–7002<br>Fax: 303–294–1192<br>Email: timothy_ohara@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. § 113(a)(6) – Assault Resulting in Serious Bodily Injury (1) | Committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of sixty (60) months, consecutive to United States District Court, District of North Dakota, Docket No. 05–cr–00133–RRE–1. Special Assessment of $100.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

None

**Plaintiff**

**USA**                                      represented by   **Laura Cramer–Babycz**
U.S. Attorney's Office
District of Colorado
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Email: Laura.Cramer–Babycz@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Andrea Lee Surratt**
U.S. Attorney's Office
District of Colorado
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0124
Email: andrea.surratt@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/28/2022 | 150 | NOTICE OF APPEAL as to 148 Judgment, by Francisco Garcia. (O'Hara, Timothy) (Entered: 11/28/2022) |
| 11/28/2022 | 149 | STATEMENT OF REASONS as to Francisco Garcia. (rmsec) (Entered: 11/28/2022) |
| 11/28/2022 | 148 | JUDGMENT as to defendant Francisco Garcia (1), Count 1 – Committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of sixty (60) months, consecutive to United States District Court, District of North Dakota, Docket No. 05–cr–00133–RRE–1. Special Assessment of $100.00. SO ORDERED by Judge Raymond P. Moore on 11/28/2022. (rmsec) (Entered: 11/28/2022) |
| 11/22/2022 | 147 | COURTROOM MINUTES for Sentencing Hearing as to Francisco Garcia held before Judge Raymond P. Moore on 11/22/2022. ORDERED: 139 Restricted Document is granted. 140 Restricted Document id denied. Defendant sentenced as reflected on the record. Court Reporter: Darlene Martinez. (lrobe) (Entered: 11/23/2022) |
| 11/15/2022 | 146 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (O'Hara, Timothy) (Entered: 11/15/2022) |
| 11/13/2022 | 145 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Surratt, Andrea) (Entered: 11/13/2022) |
| 11/01/2022 | 144 | MINUTE ORDER as Francisco Garcia. The Sentencing Hearing currently set for 11/2/2022 is RESET for 11/22/2022 at 09:00 AM in Courtroom A 601 before Judge Raymond P. Moore. On or before November 15, 2022, counsel shall submit a pleading addressing their position with respect to matters recently revealed in the Presentence Investigation Report. Such matters have previously been identified to counsel. SO ORDERED by Judge Raymond P. Moore on 11/1/2022. (Text Only Entry) (rmsec) (Entered: 11/01/2022) |
| 10/25/2022 | 143 | RESTRICTED SECOND ADDENDUM to Presentence Report 141 as to Francisco Garcia (Attachments: # 1 Exhibit A)(aarag, ) (Entered: 10/25/2022) |
| 10/24/2022 | 142 | RESTRICTED ADDENDUM to Presentence Report 141 as to Francisco Garcia (Attachments: # 1 Exhibit A)(lgiac) (Entered: 10/24/2022) |

| 10/24/2022 | 141 | RESTRICTED PRESENTENCE REPORT as to Francisco Garcia (Attachments: # 1 Exhibit A)(lgiac) (Entered: 10/24/2022) |
|---|---|---|
| 10/19/2022 | 140 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C, # 4 Attachment D, # 5 Attachment E, # 6 Attachment F, # 7 Attachment G, # 8 Attachment H, # 9 Attachment I, # 10 Attachment J, # 11 Attachment K, # 12 Attachment L, # 13 Attachment M, # 14 Attachment N, # 15 Attachment O, # 16 Attachment P, # 17 Attachment Q, # 18 Attachment R)(O'Hara, Timothy) (Entered: 10/19/2022) |
| 10/19/2022 | 139 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Surratt, Andrea) (Entered: 10/19/2022) |
| 10/19/2022 | 138 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Surratt, Andrea) (Entered: 10/19/2022) |
| 10/14/2022 | 137 | ORDER granting 134 Unopposed Motion to Continue the Deadline for Filing Objections to the Presentence Investigation Report as to Francisco Garcia (1). SO ORDERED by Judge Raymond P. Moore on 10/14/2022. (Text Only Entry) (rmsec) (Entered: 10/14/2022) |
| 10/13/2022 | 136 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (O'Hara, Timothy) (Entered: 10/13/2022) |
| 10/13/2022 | 135 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C, # 4 Attachment D)(O'Hara, Timothy) (Entered: 10/13/2022) |
| 10/12/2022 | 134 | Unopposed MOTION for Extension of Time to File *Objections to the PSIR [Doc. 129]* by Francisco Garcia. (O'Hara, Timothy) (Entered: 10/12/2022) |
| 07/28/2022 | 133 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Cramer–Babycz, Laura) (Entered: 07/28/2022) |
| 07/27/2022 | 132 | MINUTE ORDER as to Francisco Garcia. Sentencing RESET for 11/2/2022 at 09:00 AM in Courtroom A 601 before Judge Raymond P. Moore. SO ORDERED by Judge Raymond P. Moore on 7/27/2022. (Text Only Entry) (rmsec ) (Entered: 07/27/2022) |
| 07/22/2022 | 131 | ORDER granting 130 Unopposed Motion to Continue the Sentencing Hearing as to Francisco Garcia (1). The Sentencing Hearing set for August 19, 2022, is VACATED. Counsel are directed to contact the Court's Judicial Assistant via email (Deanne_bader@cod.uscourts.gov), on or before the close of business on Monday, July 25, 2022, to reset the Sentencing Hearing. SO ORDERED by Judge Raymond P. Moore on 7/22/2022. (Text Only Entry) (rmsec ) (Entered: 07/22/2022) |
| 07/21/2022 | 130 | Unopposed MOTION to Continue *the Sentencing Hearing* by Francisco Garcia. (O'Hara, Timothy) (Entered: 07/21/2022) |
| 07/14/2022 | 129 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Francisco Garcia (Attachments: # 1 Exhibit A, # 2 Exhibit B)(lgiac) (Entered: 07/14/2022) |
| 05/09/2022 | 128 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Francisco Garcia. (cpear) (Entered: 05/09/2022) |
| 05/09/2022 | 127 | DEFENDANT'S PLEA OF GUILTY AND STATEMENT OF FACTS RELEVANT TO SENTENCING {WITHOUT PLEA AGREEMENT) as to Francisco Garcia. (cpear) (Entered: 05/09/2022) |
| 05/09/2022 | 126 | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Change of Plea Hearing as to Francisco Garcia held on 5/9/2022. Guilty plea entered by Francisco Garcia to Count 1 of the Indictment. Sentencing set for 8/19/2022 01:00 PM in Courtroom A 601 before Judge Raymond P. Moore. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 05/09/2022) |
| 05/06/2022 | 125 | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Status Conference as to Francisco Garcia held on 5/6/2022. Oral Notice of Disposition accepted. Written Notice of Disposition to be filed. Four–day Jury Trial set for 5/9/2022 is VACATED. Change of Plea Hearing set for 5/9/2022 at 10:00 AM in |

| | | Courtroom A 601 before Judge Raymond P. Moore. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 05/06/2022) |
|---|---|---|
| 05/06/2022 | 124 | NOTICE of Disposition by Francisco Garcia (O'Hara, Timothy) (Entered: 05/06/2022) |
| 05/05/2022 | 123 | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: In–Court Hearing as to Francisco Garcia held on 5/5/2022. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 05/05/2022) |
| 05/04/2022 | 122 | TRANSCRIPT of Trial Preparation Conference as to Francisco Garcia held on May 3, 2022 before Judge Moore. Pages: 1–42.<br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (thoff, ) (Entered: 05/04/2022) |
| 05/03/2022 | 121 | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Trial Preparation Conference as to Francisco Garcia held on 5/3/2022. The following motions are granted in part and denied in part: 61 Government's motion and 84 Defendant's motion. The following motions are denied: 75 and 80 Defendant's motions. 76 Government's supplemental motion is granted. 82 Defendant's motion is taken under advisement. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 05/03/2022) |
| 05/02/2022 | 120 | ORDER granting 119 Motion for Leave to Restrict 119 as to Francisco Garcia (1). SO ORDERED by Judge Raymond P. Moore on 5/2/2022. (Text Only Entry) (rmsec ) (Entered: 05/02/2022) |
| 05/02/2022 | 119 | MOTION for Leave to Restrict by USA as to Francisco Garcia. (Surratt, Andrea) (Entered: 05/02/2022) |
| 05/02/2022 | 118 | RESTRICTED DOCUMENT – Level 3: by USA as to Francisco Garcia (Surratt, Andrea) (Entered: 05/02/2022) |
| 05/02/2022 | 117 | MINUTE ORDER as to Francisco Garcia. The Government's Response 107 is subject to the Second Protective Order 69 . SO ORDERED by Judge Raymond P. Moore on 5/2/2022. (Text Only Entry) (rmsec) (Entered: 05/02/2022) |
| 05/02/2022 | 116 | ORDER granting 114 Motion for Leave to Restrict 114 as to Francisco Garcia (1). SO ORDERED by Judge Raymond P. Moore on 5/2/2022. (Text Only Entry) (rmsec ) (Entered: 05/02/2022) |
| 05/02/2022 | 115 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Cramer–Babycz, Laura) (Entered: 05/02/2022) |
| 05/02/2022 | 114 | MOTION for Leave to Restrict by USA as to Francisco Garcia. (Cramer–Babycz, Laura) (Entered: 05/02/2022) |
| 05/02/2022 | 113 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Cramer–Babycz, Laura) (Entered: 05/02/2022) |
| 05/02/2022 | 112 | RESPONSE by USA as to Francisco Garcia re: 84 Restricted Document – Level 2 (Attachments: # 1 Exhibit 1)(Cramer–Babycz, Laura) (Entered: 05/02/2022) |
| 05/02/2022 | 111 | ORDER granting 109 Motion for Leave to Restrict 109 as to Francisco Garcia (1). SO ORDERED by Judge Raymond P. Moore on 5/2/2022. (Text Only Entry) (rmsec ) (Entered: 05/02/2022) |
| 05/02/2022 | 110 | RESPONSE by USA as to Francisco Garcia re: 82 Restricted Document – Level 2 (Surratt, Andrea) (Entered: 05/02/2022) |

| | | |
|---|---|---|
| 05/02/2022 | 109 | MOTION for Leave to Restrict by USA as to Francisco Garcia. (Surratt, Andrea) (Entered: 05/02/2022) |
| 05/02/2022 | 108 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Surratt, Andrea) (Entered: 05/02/2022) |
| 05/02/2022 | 107 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Surratt, Andrea) (Entered: 05/02/2022) |
| 05/02/2022 | 106 | ORDER granting 105 Motion for Leave to Restrict 105 as to Francisco Garcia (1). SO ORDERED by Judge Raymond P. Moore on 5/2/2022. (Text Only Entry) (rmsec ) (Entered: 05/02/2022) |
| 05/02/2022 | 105 | MOTION for Leave to Restrict by Francisco Garcia. (O'Hara, Timothy) (Entered: 05/02/2022) |
| 05/02/2022 | 104 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Attachments: # 1 Attachment A, # 2 Attachment B)(O'Hara, Timothy) (Entered: 05/02/2022) |
| 04/29/2022 | 103 | Proposed Jury Instructions by Francisco Garcia (Attachments: # 1 Attachment)(O'Hara, Timothy) (Entered: 04/29/2022) |
| 04/29/2022 | 102 | EXHIBIT LIST by Francisco Garcia (O'Hara, Timothy) (Entered: 04/29/2022) |
| 04/29/2022 | 101 | Proposed Verdict Form as to Francisco Garcia (Surratt, Andrea) (Entered: 04/29/2022) |
| 04/29/2022 | 100 | Proposed Jury Instructions by USA as to Francisco Garcia (Surratt, Andrea) (Entered: 04/29/2022) |
| 04/29/2022 | 99 | ORDER granting 94 FPD Motion for Issuance of Subpoena in Forma Pauperis as to Francisco Garcia. By Judge Raymond P. Moore on 04/29/2022. (Attachments: # 1 Attachment) (sdunb, ) (Entered: 04/29/2022) |
| 04/29/2022 | 98 | EXHIBIT LIST by USA as to Francisco Garcia (Cramer–Babycz, Laura) (Entered: 04/29/2022) |
| 04/29/2022 | 97 | WITNESS LIST by USA as to Francisco Garcia (Cramer–Babycz, Laura) (Entered: 04/29/2022) |
| 04/29/2022 | 96 | Proposed Voir Dire by USA as to Francisco Garcia (Cramer–Babycz, Laura) (Entered: 04/29/2022) |
| 04/29/2022 | 95 | WITNESS LIST by Francisco Garcia (O'Hara, Timothy) (Entered: 04/29/2022) |
| 04/29/2022 | 94 | FPD MOTION for Issuance of Subpoena in Forma Pauperis by Francisco Garcia. (Attachments: # 1 Attachment, # 2 Attachment)(O'Hara, Timothy) (Entered: 04/29/2022) |
| 04/29/2022 | 93 | Proposed Voir Dire by Francisco Garcia (Attachments: # 1 Attachment)(O'Hara, Timothy) (Entered: 04/29/2022) |
| 04/29/2022 | 92 | ORDER granting 88 Motion for Leave to Restrict as to Francisco Garcia (1). SO ORDERED by Judge Raymond P. Moore on 4/29/2022. (Text Only Entry) (rmsec ) (Entered: 04/29/2022) |
| 04/29/2022 | 91 | ORDER granting 85 Motion for Leave to Restrict as to Francisco Garcia (1). SO ORDERED by Judge Raymond P. Moore on 4/29/2022. (Text Only Entry) (rmsec ) (Entered: 04/29/2022) |
| 04/29/2022 | 90 | ORDER granting 83 Motion for Leave to Restrict as to Francisco Garcia (1). SO ORDERED by Judge Raymond P. Moore on 4/29/2022. (Text Only Entry) (rmsec ) (Entered: 04/29/2022) |
| 04/29/2022 | 89 | ORDER granting 81 Motion for Leave to Restrict as to Francisco Garcia (1). SO ORDERED by Judge Raymond P. Moore on 4/29/2022. (Text Only Entry) (rmsec ) (Entered: 04/29/2022) |
| 04/29/2022 | 88 | MOTION for Leave to Restrict by USA as to Francisco Garcia. (Surratt, Andrea) (Entered: 04/29/2022) |

| | | |
|---|---|---|
| 04/29/2022 | 87 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Surratt, Andrea) (Entered: 04/29/2022) |
| 04/29/2022 | 86 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Surratt, Andrea) (Entered: 04/29/2022) |
| 04/28/2022 | 85 | MOTION for Leave to Restrict by Francisco Garcia. (O'Hara, Timothy) (Entered: 04/28/2022) |
| 04/28/2022 | 84 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (O'Hara, Timothy) (Entered: 04/28/2022) |
| 04/28/2022 | 83 | MOTION for Leave to Restrict by Francisco Garcia. (O'Hara, Timothy) (Entered: 04/28/2022) |
| 04/28/2022 | 82 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Attachments: # 1 Attachment A, # 2 Attachment B)(O'Hara, Timothy) (Entered: 04/28/2022) |
| 04/28/2022 | 81 | MOTION for Leave to Restrict by Francisco Garcia. (O'Hara, Timothy) (Entered: 04/28/2022) |
| 04/28/2022 | 80 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C)(O'Hara, Timothy) (Entered: 04/28/2022) |
| 04/27/2022 | 79 | ORDER granting 77 Motion for Leave to Restrict 77 as to Francisco Garcia (1). SO ORDERED by Judge Raymond P. Moore on 4/27/2022. (Text Only Entry) (rmsec ) (Entered: 04/27/2022) |
| 04/27/2022 | 78 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Cramer–Babycz, Laura) (Entered: 04/27/2022) |
| 04/27/2022 | 77 | MOTION for Leave to Restrict by USA as to Francisco Garcia. (Cramer–Babycz, Laura) (Entered: 04/27/2022) |
| 04/27/2022 | 76 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Cramer–Babycz, Laura) (Entered: 04/27/2022) |
| 04/27/2022 | 75 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C, # 4 Attachment D)(O'Hara, Timothy) (Entered: 04/27/2022) |
| 04/27/2022 | 74 | ORDER granting 73 Motion to Continue Filing Deadline as to Francisco Garcia (1). Any motions in limine shall be filed on or before the close of business on April 28, 2022. Responses to motions in limine shall be filed on or before noon on Monday, May 2, 2022. SO ORDERED by Judge Raymond P. Moore on 4/27/2022. (Text Only Entry) (rmsec) (Entered: 04/27/2022) |
| 04/27/2022 | 73 | MOTION to Continue *Filing Deadline* by Francisco Garcia. (O'Hara, Timothy) (Entered: 04/27/2022) |
| 04/26/2022 | 72 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(O'Hara, Timothy) (Entered: 04/26/2022) |
| 04/25/2022 | 71 | MINUTE ORDER as to Francisco Garcia. Any motions in limine and/or motion challenging protective orders shall be filed on or before the close of business on Wednesday, April 27, 2022. Responses to any motions filed will be due on or before the close of business on Friday, April 29, 2022. SO ORDERED by Judge Raymond P. Moore on 4/25/2022. (Text Only Entry) (rmsec ) (Entered: 04/25/2022) |
| 04/25/2022 | 70 | ORDER TO DISCLOSE GRAND JURY MATERIAL Re 67 Motion to Disclose Grand Jury Material. By Judge Raymond P. Moore on 04/25/2022. (sdunb, ) (Entered: 04/25/2022) |
| 04/25/2022 | 69 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (sdunb, ) (Entered: 04/25/2022) |
| 04/25/2022 | 68 | MINUTE ORDER as to Francisco Garcia. Counsel for Defendant shall file a response (Restricted – Level 2) to the Government's Motion in Limine 61 on or before the close |

| | | |
|---|---|---|
| | | of business on April 26, 2022. SO ORDERED by Judge Raymond P. Moore on 4/25/2022. (Text Only Entry) (rmsec) (Entered: 04/25/2022) |
| 04/25/2022 | 67 | MOTION to Disclose Grand Jury Material to Defendant by USA as to Francisco Garcia. (Attachments: # 1 Proposed Order (PDF Only))(Cramer–Babycz, Laura) (Entered: 04/25/2022) |
| 04/22/2022 | 66 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Attachments: # 1 Proposed Order (PDF Only))(Cramer–Babycz, Laura) (Entered: 04/22/2022) |
| 04/22/2022 | 65 | RESTRICTED DOCUMENT – Level 3. (cpear) (Entered: 04/22/2022) |
| 04/22/2022 | 64 | ORDER granting 63 Motion for Leave to Restrict 63 as to Francisco Garcia (1). SO ORDERED by Judge Raymond P. Moore on 4/22/2022. (Text Only Entry) (rmsec ) (Entered: 04/22/2022) |
| 04/22/2022 | 63 | MOTION for Leave to Restrict by USA as to Francisco Garcia. (Surratt, Andrea) (Entered: 04/22/2022) |
| 04/22/2022 | 62 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Surratt, Andrea) (Entered: 04/22/2022) |
| 04/22/2022 | 61 | RESTRICTED DOCUMENT – Level 2: as to Francisco Garcia. (Surratt, Andrea) (Entered: 04/22/2022) |
| 04/22/2022 | 60 | ORDER granting 59 FPD Motion for Issuance of Subpoena in Forma Pauperis as to Francisco Garcia (1) by Judge Raymond P. Moore on 04/22/2022. (Attachments: # 1 Attachment, # 2 Attachment, # 3 Attachment, # 4 Attachment, # 5 Attachment) (sdunb, ) (Entered: 04/22/2022) |
| 04/22/2022 | 59 | FPD MOTION for Issuance of Subpoena in Forma Pauperis by Francisco Garcia. (Attachments: # 1 Attachment, # 2 Attachment, # 3 Attachment, # 4 Attachment, # 5 Attachment, # 6 Attachment)(O'Hara, Timothy) (Entered: 04/22/2022) |
| 04/21/2022 | 58 | RESTRICTED DOCUMENT – Level 3 – ORDER re 53 Restricted Document as to Francisco Garcia. (sdunb, ) (Entered: 04/21/2022) |
| 04/20/2022 | 57 | MINUTE ORDER as to Francisco Garcia. Pursuant to the request of defense counsel, and by agreement of counsel for the government, the Trial Preparation Conference is RESET for 5/3/2022 at 10:00 AM in Courtroom A 601 before Judge Raymond P. Moore. SO ORDERED by Judge Raymond P. Moore on 4/20/2022. (Text Only Entry) (rmsec ) (Entered: 04/20/2022) |
| 04/18/2022 | 56 | ORDER granting 55 Motion for Leave to Restrict 55 as to Francisco Garcia (1). SO ORDERED by Judge Raymond P. Moore on 4/18/2022. (Text Only Entry) (rmsec ) (Entered: 04/18/2022) |
| 04/15/2022 | 55 | MOTION for Leave to Restrict by USA as to Francisco Garcia. (Surratt, Andrea) (Entered: 04/15/2022) |
| 04/15/2022 | 54 | RESTRICTED DOCUMENT – Level 3: by USA as to Francisco Garcia (Surratt, Andrea) (Entered: 04/15/2022) |
| 04/15/2022 | 53 | RESTRICTED DOCUMENT – Level 3: by USA as to Francisco Garcia (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Surratt, Andrea) (Entered: 04/15/2022) |
| 04/15/2022 | 52 | RESTRICTED DOCUMENT – Level 3: by USA as to Francisco Garcia (Surratt, Andrea) (Entered: 04/15/2022) |
| 04/06/2022 | 51 | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Motion Hearing as to Francisco Garcia held on 4/6/2022, denying 32 Motion for Order *to Address the Topic of Implicit Bias During Voir Dire*, denying 33 Motion for Order *to Conduct Additional Attorney–Led Voir Dire Beyond Fifteen Minutes*, and granting 34 Motion to Produce *Giglio Material*. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 04/06/2022) |
| 03/29/2022 | 50 | MINUTE ORDER as to Francisco Garcia. Motion Hearing set for 4/6/2022 at 01:30 PM in Courtroom A 601 before Judge Raymond P. Moore. Defendant shall appear |

| | | |
|---|---|---|
| | | **VIA VIDEO TELECONFERENCE**. The U.S. Marshal's Service is directed to ensure that the Defendant will be available to participate in the Hearing from the detention facility he is being housed at. SO ORDERED by Judge Raymond P. Moore on 3/29/2022. (Text Only Entry) (rmsec ) (Entered: 03/29/2022) |
| 03/28/2022 | 49 | RESPONSE by USA as to Francisco Garcia *TO DEFENDANTS MOTION TO CONDUCT ADDITIONAL ATTORNEY−LED VOIR DIRE BEYOND FIFTEEN MINUTES [ECF NO. 33]* (Cramer−Babycz, Laura) (Entered: 03/28/2022) |
| 03/28/2022 | 48 | RESPONSE by USA as to Francisco Garcia *TO DEFENDANTS MOTION TO ADDRESS THE TOPIC OF IMPLICIT BIAS DURING VOIR DIRE [ECF NO. 32]* (Cramer−Babycz, Laura) (Entered: 03/28/2022) |
| 03/28/2022 | 47 | RESPONSE by USA as to Francisco Garcia *TO DEFENDANTS MOTION TO PRODUCE GIGLIO MATERIAL [ECF NO. 34]* (Cramer−Babycz, Laura) (Entered: 03/28/2022) |
| 03/24/2022 | 46 | NOTICE OF ATTORNEY APPEARANCE Andrea Lee Surratt appearing for USA. Attorney Andrea Lee Surratt added to party USA(pty:pla) (Surratt, Andrea) (Entered: 03/24/2022) |
| 03/18/2022 | 45 | Conventionally Submitted Material : DVD Exhibits B, C re MOTION for Order *to Address the Topic of Implicit Bias During Voir Dire* 32 by Defendant Francisco Garcia. Text Only Entry. (sdunb, ) Modified on 3/22/2022 to add location; D−5−9 (sdunb, ). (Entered: 03/22/2022) |
| 03/18/2022 | 44 | RESTRICTED DOCUMENT − Level 3: as to Francisco Garcia. (sdunb, ) (Entered: 03/18/2022) |
| 03/18/2022 | 43 | RESTRICTED DOCUMENT − Level 3: as to Francisco Garcia. (sdunb, ) (Entered: 03/18/2022) |
| 03/18/2022 | 42 | ORDER granting 40 Motion for Leave to Restrict 40 as to Francisco Garcia (1). SO ORDERED by Judge Raymond P. Moore on 3/18/2022. (Text Only Entry) (rmsec ) (Entered: 03/18/2022) |
| 03/18/2022 | 41 | ORDER granting 37 Motion for Leave to Restrict 37 as to Francisco Garcia (1). SO ORDERED by Judge Raymond P. Moore on 3/18/2022. (Text Only Entry) (rmsec ) (Entered: 03/18/2022) |
| 03/18/2022 | 40 | MOTION for Leave to Restrict by Francisco Garcia. (O'Hara, Timothy) (Entered: 03/18/2022) |
| 03/18/2022 | 39 | RESTRICTED DOCUMENT − Level 3: by Francisco Garcia. (O'Hara, Timothy) (Entered: 03/18/2022) |
| 03/18/2022 | 38 | RESTRICTED DOCUMENT − Level 3: by Francisco Garcia. (Attachments: # 1 Attachment)(O'Hara, Timothy) (Entered: 03/18/2022) |
| 03/18/2022 | 37 | MOTION for Leave to Restrict by Francisco Garcia. (O'Hara, Timothy) (Entered: 03/18/2022) |
| 03/18/2022 | 36 | RESTRICTED DOCUMENT − Level 3: by Francisco Garcia. (O'Hara, Timothy) (Entered: 03/18/2022) |
| 03/18/2022 | 35 | RESTRICTED DOCUMENT − Level 3: by Francisco Garcia. (Attachments: # 1 Attachment)(O'Hara, Timothy) (Entered: 03/18/2022) |
| 03/18/2022 | 34 | MOTION to Produce *Giglio Material* by Francisco Garcia. (O'Hara, Timothy) (Entered: 03/18/2022) |
| 03/17/2022 | 33 | MOTION for Order *to Conduct Additional Attorney−Led Voir Dire Beyond Fifteen Minutes* by Francisco Garcia. (O'Hara, Timothy) (Entered: 03/17/2022) |
| 03/17/2022 | 32 | MOTION for Order *to Address the Topic of Implicit Bias During Voir Dire* by Francisco Garcia. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(O'Hara, Timothy) (Entered: 03/17/2022) |
| 03/17/2022 | 31 | NOTICE OF ATTORNEY APPEARANCE: Matthew Kyle Belcher appearing for Francisco GarciaAttorney Matthew Kyle Belcher added to party Francisco |

| | | Garcia(pty:dft) (Belcher, Matthew) (Entered: 03/17/2022) |
|---|---|---|
| 03/10/2022 | 30 | ORDER granting 29 Unopposed Motion to Continue the Motions Deadline as to Francisco Garcia (1). Motions due by 3/17/2022. Responses due by 3/28/2022 SO ORDERED by Judge Raymond P. Moore on 3/10/2022. (Text Only Entry) (rmsec ) (Entered: 03/10/2022) |
| 03/10/2022 | 29 | Unopposed MOTION to Continue *the Motions Deadline* by Francisco Garcia. (O'Hara, Timothy) (Entered: 03/10/2022) |
| 01/10/2022 | 28 | ORDER Granting 27 Defendant's Third Unopposed Motion to Exclude Time from the Speedy Trial Act as to Francisco Garcia (1). The 70–day clock, exclusive of tolled time, shall accordingly be extended from March 8, 2022 to May 9, 2022. The current Trial date and all pretrial deadlines and settings are hereby VACATED. The 70–day jury trial is RESET for May 9, 2022 at 9:00 a.m. On the first day of trial, counsel shall be present at 8:30 a.m. The Trial Preparation Conference is RESET for April 29, 2022, 2022 at 3:00 p.m. in Courtroom A601. Lead counsel who will try the case shall attend in person. Defendant is also required to be present. Defendant shall have to and including March 10, 2022 to file pretrial motions and responses to these motions shall be filed by March 21, 2022. By Judge Raymond P. Moore on 01/10/2022. (sdunb, ) (Entered: 01/10/2022) |
| 01/06/2022 | 27 | Unopposed MOTION to Exclude *Time from the Speedy Trial Act* by Francisco Garcia. (O'Hara, Timothy) (Entered: 01/06/2022) |
| 01/04/2022 | 26 | ORDER granting 25 Unopposed Motion to Continue the Motions Deadlines as to Francisco Garcia (1). Defendant shall have up to and including January 6, 2022, in which to file pretrial motions. SO ORDERED by Judge Raymond P. Moore on 1/4/2022. (Text Only Entry) (rmsec ) (Entered: 01/04/2022) |
| 01/03/2022 | 25 | Unopposed MOTION to Continue *the Motions Deadline* by Francisco Garcia. (O'Hara, Timothy) (Entered: 01/03/2022) |
| 11/29/2021 | 24 | ORDER striking Motion requesting assistance and clarification 23 filed by Francisco Garcia as to Francisco Garcia (1). Defendant is represented by counsel. Accordingly, documents filed with the Court must be filed through counsel. That being said, the Court advises that excessive delay in providing an opportunity for Defendant to review discovery is not likely to be ignored. SO ORDERED by Judge Raymond P. Moore on 11/29/2021. (Text Only Entry) (rmsec ) (Entered: 11/29/2021) |
| 11/24/2021 | 23 | **STRICKEN** MOTION requesting assistance and clarification between attorneys to defendant, by Francisco Garcia. (evana, ) Modified on 11/29/2021 (rmsec, ). (Entered: 11/26/2021) |
| 09/09/2021 | 22 | ORDER Granting 21 Defendants Second Unopposed Motion to Exclude Time from the Speedy Trial Act; **The 70–day clock, exclusive of tolled time, shall accordingly be extended from December 8, 2021** to **March 8, 2022**; The current Trial date and all pretrial deadlines and settings are hereby **VACATED.** The **four–day** jury trial is RESET for **March 7, 2022 at 9:00 a.m.** On the first day of trial, counsel shall be present at **8:30 a.m.** The Trial Preparation Conference is RESET for **February 25, 2022 at 3:00 p.m.** in Courtroom A601. Defendant shall have to and including **January 3, 2022** to file pretrial motions and responses to these motions shall be filed by **January 14, 2022**, by Judge Raymond P. Moore on 9/9/2021. (evana, ) (Entered: 09/09/2021) |
| 09/03/2021 | 21 | Unopposed MOTION to Exclude *Time from the Speedy Trial Act* by Francisco Garcia. (O'Hara, Timothy) (Entered: 09/03/2021) |
| 08/24/2021 | 20 | ORDER granting 19 Unopposed Motion to Continue the Motions Deadline as to Francisco Garcia (1). Motions due by 9/3/2021. Responses due by 9/13/2021. SO ORDERED by Judge Raymond P. Moore on 8/24/2021. (Text Only Entry) (rmsec ) (Entered: 08/24/2021) |
| 08/20/2021 | 19 | Unopposed MOTION to Continue *the Motions Deadline* by Francisco Garcia. (O'Hara, Timothy) (Entered: 08/20/2021) |
| 08/16/2021 | 18 | DISREGARD: DOCKETED IN WRONG CASE: MINUTE ENTRY for Initial Appearance in Rule 5(c)(3) Proceedings as to Francisco Garcia held before Magistrate |

| | | |
|---|---|---|
| | | Judge S. Kato Crews on 8/16/2021. Defendant present in custody. Defendant advised. Defendant is not requesting court appointed counsel. Detention and Identity Hearing set for 8/19/2021 10:00 AM in Courtroom C201 before Magistrate Judge S. Kato Crews. Defendant remanded. (Total time: 3 minutes, Hearing time: 2:32–2:35) **APPEARANCES**: Laura Cramer–Babtcz on behalf of the Government, David Jones on behalf of the defendant, Joshua Roth on behalf of pretrial. FTR: SKC Courtroom C201. (lgale, ) Text Only Entry Modified on 8/17/2021 to note this was docketed in incorrect case(lgale, ). (Entered: 08/16/2021) |
| 07/02/2021 | <u>17</u> | ORDER Granting <u>16</u> Defendant's Unopposed Motion to Exclude 120 Days from the Speedy Trial Act as to Francisco Garcia. **The 70–day clock, exclusive of tolled time, shall accordingly be extended from August 10, 2021 to December 8, 2021**; The current Trial date and all pretrial deadlines and settings are hereby VACATED. The four–day jury trial is RESET for November 29, 2021 at 9:00 a.m. On the first day of trial, counsel shall be present at 8:30 a.m. The Trial Preparation Conference is RESET for November 12, 2021 at 1:00 p.m. in Courtroom A601. Lead counsel who will try the case shall attend in person. Defendant is also required to be present; and Defendant shall have to and including August 20, 2021 to file pretrial motions and responses to these motions shall be filed by August 31, 2021. ORDERED by Judge Raymond P. Moore on July 2, 2021. (rvill, ) (Entered: 07/02/2021) |
| 06/23/2021 | <u>16</u> | Unopposed MOTION to Continue by Francisco Garcia. (O'Hara, Timothy) (Entered: 06/23/2021) |
| 06/16/2021 | <u>15</u> | PROTECTIVE ORDER re: <u>14</u> Motion for Protective Order as to Francisco Garcia (1) by Judge Raymond P. Moore on June 16, 2021. (rvill, ) (Entered: 06/16/2021) |
| 06/14/2021 | <u>14</u> | MOTION for Protective Order by USA as to Francisco Garcia. (Attachments: # <u>1</u> Proposed Order (PDF Only))(Cramer–Babycz, Laura) (Entered: 06/14/2021) |
| 06/04/2021 | <u>12</u> | ORDER Setting Trial Dates and Deadlines as to Francisco Garcia. This matter has been scheduled for a four–day jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on August 9, 2021 at 9:00 a.m. On the first day of trial, counsel shall be present at 8:30 a.m. All pretrial motions shall be filed by June 23, 2021 and responses to these motions shall be filed by June 30, 2021. A Trial Preparation Conference is set for July 30, 2021 at 9:00 a.m. in Courtroom A601. Lead counsel who will try the case shall attend in person. Defendant is also required to be present. ORDERED by Judge Raymond P. Moore on June 4, 2021. (rvill, ) (Entered: 06/04/2021) |
| 06/04/2021 | <u>11</u> | NOTICE OF ATTORNEY APPEARANCE: Timothy Patrick O'Hara appearing for Francisco GarciaAttorney Timothy Patrick O'Hara added to party Francisco Garcia(pty:dft) (O'Hara, Timothy) (Entered: 06/04/2021) |
| 06/03/2021 | <u>10</u> | ORDER OF DETENTION as to Francisco Garcia by Magistrate Judge S. Kato Crews on 6/4/2021. (amont, ) (Entered: 06/04/2021) |
| 06/03/2021 | <u>9</u> | Discovery Conference Memorandum and ORDER: Estimated Trial Time – less than 5 days as to Francisco Garcia by Magistrate Judge S. Kato Crews on 6/3/2021. (amont, ) (Entered: 06/03/2021) |
| 06/03/2021 | 8 | ORDER APPOINTING COUNSEL as to Francisco Garcia by Magistrate Judge S. Kato Crews on 6/3/2021. Text Only Entry (amont, ) (Entered: 06/03/2021) |
| 06/03/2021 | 7 | COURTROOM MINUTES for proceedings held before Magistrate Judge S. Kato Crews: Initial Appearance, Arraignment, and Discovery Hearing as to Francisco Garcia held on 6/3/2021. Defendant present in custody. Defendant advised. The defendant confirms that he does not need the assistance of an interpreter. The defendant has not provided a financial affidavit. The court appoints counsel subject to the defendant providing a completed financial affidvit to be reviewed by a judicial officer. Defendant is currently serving a BOP sentenced and is ORDERED detained. Plea of NOT GUILTY entered by defendant. Discovery memorandum executed. Defendant remanded. Counsel is directed to chambers. Pursuant to the Due Process Protections Act, the Court confirms that United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 |

| | | |
|---|---|---|
| | | (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court. (Total time: 9 minutes, Hearing time: 2:19–2:28 p.m.)<br><br>**APPEARANCES**: Laura Cramer–Babycz on behalf of the Government, Timothy O'Hara on behalf of the defendant, Tommie Anderson on behalf of pretrial. FTR: CRIMINAL DUTY PM. (amont, ) Text Only Entry (Entered: 06/03/2021) |
| 06/02/2021 | 6 | MINUTE ORDER as to Francisco Garcia. Due to a scheduling conflict with ADX, today's Initial Appearance is RESET for 6/3/2021 02:00 PM in Courtroom C201 before Magistrate Judge S. Kato Crews. The defendant will appear by telephone. The Court has been advised that the defendant does not need the assistance of an interpreter. SO ORDERED by Magistrate Judge S. Kato Crews on 6/2/2021. Text Only Entry (amont, ) (Entered: 06/02/2021) |
| 06/01/2021 | 5 | COURTROOM MINUTES for proceedings held before Magistrate Judge S. Kato Crews: Initial Appearance as to Francisco Garcia held on 6/1/2021. Defendant not present. The courtroom deputy called ADX in Florence and was advised that the defendant is refusing to appear for court today. The Initial Appearance is continued for 6/2/2021 02:00 PM in Courtroom C201 before Magistrate Judge S. Kato Crews. (Total time: 2 minutes, Hearing time: 2:17–2:19 p.m.)<br><br>**APPEARANCES**: Laura Cramer–Babycz on behalf of the Government, Natalie Stricklin on behalf of the defendant, Angela Ledesma on behalf of pretrial. FTR: CRIMINAL DUTY PM. Interpreter: Cathy Bahr. (amont, ) Text Only Entry (Entered: 06/01/2021) |
| 05/20/2021 | 4 | Arrest of Francisco Garcia. Initial Appearance set for **6/1/2021 02:00 PM** in Courtroom C201 before Magistrate Judge S. Kato Crews. Defendant will appear by VTC from Florence. (Text Only entry) (amont, ) Modified on 5/21/2021 to add Spanish Interpreter (jgonz, ). (Entered: 05/20/2021) |
| 04/22/2021 | 3 | Arrest Warrant Issued in case as to Francisco Garcia. (rvill, ) (Entered: 04/23/2021) |
| 04/22/2021 | 2 | RESTRICTED DOCUMENT – Level 4: as to Francisco Garcia. (rvill, ) (Entered: 04/23/2021) |
| 04/22/2021 | 1 | INDICTMENT as to Francisco Garcia (1) count(s) 1. (Attachments: # 1 Criminal Information Sheet) (rvill, ) (Entered: 04/23/2021) |