Case 1:21-cr-00143-RM Document 151-2 Filed 11/28/22 USDC Colorado Page 1 of 4
Case 1:21-cr-00143-RM Document 150 Filed 11/28/22 USDC Colorado Page 1 of 6

AO 245B (CO Rev. 11/20)  Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
### District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>FRANCISCO GARCIA | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: 1:21-cr-00143-RM-1<br>USM Number: 09242-059<br><br>Timothy Patrick O'Hara and Matthew K Belcher<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  1 of the Indictment

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C. § 113(a)(6) | Assault Resulting in Serious Bodily Injury | 09/02/2019 | 1 |

The defendant is sentenced as provided in pages 2 through  4  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 22, 2022
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Raymond P. Moore, United States District Judge
Name and Title of Judge

November 28, 2022
Date

Case 1:21-cr-00143-RM Document 151-2 Filed 11/28/22 Page 2 of 4
Case 1:21-cr-00143-RM Document 46-1 Filed 11/18/21 USDC Colorado Page 2 of 6

AO 245B (CO Rev. 11/20) Judgment in Criminal Case

Judgment — Page 2 of 4

DEFENDANT: FRANCISCO GARCIA
CASE NUMBER: 1:21-cr-00143-RM-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **sixty (60) months,** consecutive to United States District Court, District of North Dakota, Docket No. 05-cr-00133-RRE-1

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Case 1:21-cr-00143-RM Document 151-2 Filed 11/28/22 Page 3 of 4
Case 1:21-cr-00143-RM Document 151 Filed 11/28/22 Page 3 of 6

AO 245B (CO Rev. 11/20) Judgment in Criminal Case

Judgment — Page 3 of 4

DEFENDANT: FRANCISCO GARCIA
CASE NUMBER: 1:21-cr-00143-RM-1

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on the following page.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 100.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

TOTALS $ _____ $ _____

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the following page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Publ. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case 1:21-cr-00143-RM Document 151-2 Filed 11/28/22 Page 4 of 4
Case 1:21-cr-00143-RM Document 150-1 Filed 11/28/22 Page 4 of 6
AO 245B (CO Rev. 11/20) Judgment in Criminal Case

DEFENDANT: FRANCISCO GARCIA
CASE NUMBER: 1:21-cr-00143-RM-1

Judgment — Page 4 of 4

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Case Number
    Defendant and Co-Defendant Names
    *(including defendant number)*      Total Amount      Joint and Several Amount      Corresponding Payee, if appropriate

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00143-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**FRANCISCO GARCIA,**

    **Defendant.**

---

## DEFENDANT'S NOTICE OF APPEAL

---

    Defendant, Francisco Garcia, through appointed counsel, Timothy P. O'Hara, and the Office of the Federal Public Defender, files this notice of appeal to the Tenth Circuit Court of Appeals and appeals the Judgment and Commitment Order (Doc. # 148) that was entered on November 28, 2022.

                          Respectfully submitted,

                          VIRGINIA L. GRADY
                          Federal Public Defender


                          s/ *Timothy P. O'Hara*
                          TIMOTHY P. O'HARA
                          Assistant Federal Public Defender
                          633 Seventeenth Street, Suite 1000
                          Denver, Colorado 80202
                          Telephone: (303) 294-7002
                          FAX: (303) 294-1192
                          Email: timothy_ohara@fd.org
                          Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2022, I electronically filed the foregoing

## DEFENDANT'S NOTICE OF APPEAL

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>Laura Cramer-Babycz
>Assistant U.S. Attorney
>Email:  Laura.Cramer-Babycz@usdoj.gov
>
>Andrea L. Surratt
>Assistant U.S. Attorney
>Email: andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

>Francisco Garcia     (U.S. Mail)

>>s/ Timothy P. O'Hara
>>TIMOTHY P. O'HARA
>>Assistant Federal Public Defender
>>633 Seventeenth Street, Suite 1000
>>Denver, Colorado  80202
>>Telephone:  (303) 294-7002
>>FAX:  (303) 294-1192
>>Email:  timothy_ohara@fd.org
>>Attorney for Defendant