FILED
United States Court of Appeals
Tenth Circuit

December 7, 2022

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 22-1415<br>(D.C. No. 1:21-CR-00143-RM-1)<br>(D. Colo.) |
| FRANCISCO GARCIA, | |
| Defendant - Appellant. | |

_____

**ORDER**
_____

Before **HOLMES**, Chief Circuit Judge.
_____

This matter is before the Court on Appellant's Motion to Continue Appointment. Upon consideration, the motion is granted. Pursuant to 18 U.S.C. §3006A, the Federal Public Defender for the Districts of Colorado and Wyoming is appointed as counsel of record to represent the appellant Francisco Garcia. This appointment is effective *nunc pro tunc* to the date the notice of appeal was filed in this matter.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

December 07, 2022

Mr. Josh Lee  
Office of the Federal Public Defender  
Districts of Colorado and Wyoming  
633 Seventeenth Street, Suite 1000  
Denver, CO 80202

**RE:** 22-1415, United States v. Garcia  
Dist/Ag docket: 1:21-CR-00143-RM-1

Dear Counsel:

You have been appointed as counsel for appellant pursuant to the Criminal Justice Act, 18 U.S.C. 3006A. The order appointing you has been docketed in the above-referenced appeal. If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for certiorari. If the client requests, and you believe a petition to be legally sound, you must file one with the clerk of the Supreme Court of the United States. *See* Criminal Justice Act Plan, 10th Cir. R., Addendum I.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert  
Clerk of Court

cc: Kyle W. Brenton  
    Andrea L. Surratt

CMW/sds