# AUTHORIZATION FOR PAYMENT OF TRANSCRIPT

1. Jurisdiction (Check One):

        MAGISTRATE    DISTRICT    APPEALS    OTHER: _____

2. Magistrate Docket #:

3. District Docketing #:

4. Appeals Docket #:

5. For (District/Circuit):

6. In The Case Of

7. Person Represented:

8. Location/Organization Code:

9. Proceedings In Which Transcripts Are To Be Used (Describe Briefly):

10. Proceedings To Be Transcribed (Description Of):

11. Special Needs (Check One If Applicable):

    | Ordinary: $3.65/page (within 30 days) | 14-day: $4.25/page (within 14 days) | Expedite: $4.85/page (within 7 days) | 3-Day: $5.45/page (within 3 days) | Daily: $6.05/page (next day) | Hourly: $7.25/page (same day) |

12. **I REQUIRE (CHECK ONE):**    **PAPER COPY**    **DIGITAL COPY**

13. _____    _____
    Attorney Signature                                                                                         Date

    **REQUEST APPROVED:** _____    _____

    **14) DAY/EXPEDITE/DAILY/HOURLY APPROVED:** _____    _____

14. Court Reporter/Transcriber Status (check one)

        OFFICIAL    CONTRACT    TRANSCRIBER    OTHER: _____

15. Full Name Of Payee:

16. Remit To:

17. Telephone Number:

| 18. Transcript | Include Page # | # of Pages | Rate/Page | Sub-Total | Ded. Amt. Apportioned | Total |
|---|---|---|---|---|---|---|
| A. Original |  |  | $ | $ | $ | $ |
| B. Copy |  |  | $ | $ | $ | $ |
| C. Expenses (itemize): |  |  |  |  |  | $ |
|  |  |  |  |  | 19. Total claimed | $ |

20. Certification of Attorney

_____    _____
Signature of Attorney                                                                                    Date