# AUTHORIZATION FOR PAYMENT OF TRANSCRIPT

1. Jurisdiction (Check One):

    MAGISTRATE        DISTRICT        APPEALS        OTHER: _____

2. Magistrate Docket #:

3. District Docketing #:

4. Appeals Docket #:

5. For (District/Circuit):

6. In The Case Of

7. Person Represented:

8. Location/Organization Code:

9. Proceedings In Which Transcripts Are To Be Used (Describe Briefly):

10. Proceedings To Be Transcribed (Description Of):

11. Special Needs (Check One If Applicable):

    Ordinary: $3.65/page      14-day: $4.25/page      Expedite: $4.85/page      3-Day: $5.45/page      Daily: $6.05/page      Hourly: $7.25/page
    (within 30 days)          (within 14 days)        (within 7 days)           (within 3 days)        (next day)             (same day)

12. **I REQUIRE (CHECK ONE):**        **PAPER COPY**        **DIGITAL COPY**

13. _____        _____
    Attorney Signature                                    Date


    **REQUEST APPROVED:** _____        _____


    **14)   DAY/EXPEDITE/DAILY/HOURLY APPROVED:** _____        _____

14. Court Reporter/Transcriber Status (check one)

    OFFICIAL        CONTRACT        TRANSCRIBER        OTHER: _____

15. Full Name Of Payee:

16. Remit To:

17. Telephone Number:

| 18. Transcript | Include Page # | # of Pages | Rate/Page | Sub-Total | Ded. Amt. Apportioned | Total |
|---|---|---|---|---|---|---|
| A. Original | | | $ | $ | $ | $ |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (itemize): | | | | | | $ |
| | | | | | 19. Total claimed | $ |

20. Certification of Attorney

_____        _____
Signature of Attorney                                 Date

## *United States v. Francisco Garcia*
## Case No. 1:21-cr-00143-RM
## Appeal Case No. 22-1415

### Court Reporter:  Tammy Hoffschildt

### SECTION B:  I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):

1. Complete transcript of Motions Hearing held on 04/06/2022.
2. Complete transcript of Proceedings held on 05/05/2022.
3. Complete transcript of Status Conference held on 05/06/2022.
4. Complete transcript of Change of Plea Hearing held on 05/09/2022.