IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-143-RM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANCISCO GARCIA,

    Defendant.
_____

**REPORTER'S TRANSCRIPT**
HEARING
_____

Proceedings before the HONORABLE RAYMOND MOORE, Judge, United States District Court for the District of Colorado, occurring at 12:00 p.m., on the 6th day of May, 2022, in Courtroom A601, United States Courthouse, Denver, Colorado.

**APPEARANCES**

Andrea Surratt and Laura Cramer-Babycz, Assistant U.S. Attorneys, 1225 17th Street, Suite 700, Denver, Colorado, 80202, appearing for the Government.

Timothy O'Hara and Matthew Belcher, Assistant Federal Public Defender, 633 17th Street, 10th Floor, Denver, Colorado, 80202, appearing for the Defendant.

TAMMY HOFFSCHILDT, FCRR, CRR, RMR, Official Reporter
901 19th Street, Denver, Colorado 80294
Proceedings Reported by Mechanical Stenography
Transcription Produced via Computer

|   |   |
|---|---|
| 1 | **P R O C E E D I N G S** |
| 2 | (In open court at 12:03 p.m.) |
| 3 | *THE COURT:* Please be seated. So I, rather hastily, |
| 4 | called a status conference. |
| 5 | We're here on United States versus Francisco Garcia, |
| 6 | 21-cr-143. I was in another proceeding earlier, got a message |
| 7 | communicated to me, via computer, that there was a development |
| 8 | in Mr. Garcia's case. Parties were looking to call me at |
| 9 | 12:15. My view of it was, let's just bring them in here and |
| 10 | let's talk about whatever it is that needs to be spoken of, |
| 11 | since there's so many moving pieces with regard to this trial. |
| 12 | So, let me take appearances. |
| 13 | *MS. CRAMER-BABYCZ:* Good afternoon, Your Honor. |
| 14 | Laura Cramer-Babycz on Andrea Surratt on behalf of the United |
| 15 | States. |
| 16 | *THE COURT:* Good afternoon to you both. |
| 17 | *MR. O'HARA:* And good afternoon, Your Honor. |
| 18 | Timothy O'Hara and Matthew Belcher here on behalf of |
| 19 | Mr. Garcia. Who is not appearing. |
| 20 | *THE COURT:* Right. Good afternoon to you both. Talk |
| 21 | to me. |
| 22 | *MR. O'HARA:* I'm sorry? |
| 23 | *THE COURT:* Talk to me. |
| 24 | *MR. O'HARA:* Your Honor, I visited with Mr. Garcia |
| 25 | this morning, and he made his intent known that he intends to |

1  plead guilty without a Plea Agreement, and so it is,

2  immediately upon leaving the jail, I called Mr. Belcher and

3  then called the prosecutors, and we agreed it was important to

4  get with the Court as soon as possible.  So we did that.

5           *THE COURT:*  And that's why I asked Ms. Moore to

6  appear.  She is our jury coordinator.  I don't know what the

7  status of things are.  I'm assuming that the summonses have all

8  gone out, and I will talk to her separately, after this.

9           *MR. O'HARA:*  So, if I may, Your Honor?

10          *THE COURT:*  Uh-huh.

11          *MR. O'HARA:*  Just that, I know that this is not put in

12 the time period of the local rule.

13          *THE COURT:*  No, I know that too.

14          *MR. O'HARA:*  I intended to file a notice.  I thought I

15 would ask the Court if I should file, along with the motion, to

16 support the notice or if a notice would be sufficient?

17          *THE COURT:*  Well, two things, number one, we can

18 resolve -- well, I want three things.  Number one we can

19 resolve very quickly.  Are you orally notifying me, in other

20 words, at this juncture advising me, to the same extent as

21 would be possible by the filing of a notice of disposition,

22 advising me that your client is, in fact, agreeing to plead

23 guilty and is no longer seeking to go to trial?

24          *MR. O'HARA:*  That's correct.

25          *THE COURT:*  Then I will take that.  Number two, I will

1  ask you, this afternoon, when you go back, to go ahead and file
2  a Written Notice Of Disposition, as well.
3       *MR. O'HARA:*  Sure.
4       *THE COURT:*  In terms of the matter, I'm accepting the
5  oral notice of disposition, subject to hearing from the
6  government, of course.  And in terms of whether or not, to be
7  simplistic, the timing of this has aggravated people?  Well,
8  sure, it has aggravated Ms. Moore, Mr. Colwell, the Marshal
9  Service, the BOP, but at the end of the day, that's not what
10 this is about.  I don't mean any hostility.  I simply mean,
11 parts were in place to go forward.
12      Now, I understand that the local rules says that this
13 should be done earlier.  I understand that there are some who
14 would say, I don't know, *Proceed to trial*, which makes no sense
15 to me, to put everybody through that, when the individual is
16 prepared to plead guilty or *Have the party pay for the costs*
17 *and expense of the summonses*.  But again, it's an indigent
18 defendant; doesn't make any sense.
19      So, I guess, ultimately, what I'm saying is I'm not
20 asking for any specific relief from the local rules.  I
21 understand what the rules are.  I also understand where we are.
22      Let me, however, not presume that the government's
23 position is one thing or another, and inquire of them as to
24 what their position actually is.
25      *MS. CRAMER-BABYCZ:*  And, Your Honor, we are not

1  objecting to the Notice Of Disposition being filed later today
2  or orally, right now.  We certainly agree that we are saving
3  resources.  The timing is less than ideal, but we understand
4  the proper context.
5           *THE COURT:*  All right.  So that's numbers one and two.
6  So now, number three is this, Monday, 9 o'clock, Marshals are
7  going to bring him in anyway.  He is in town anyway.  I have
8  got other people that are strategically placed, so to speak,
9  and I will leave those people in town for the time being, but
10 I'm not inclined to say, *Well, there's a notice of disposition*
11 *so now I'm going to set the change of plea off until whenever*,
12 or *until I get some paperwork*, or whatever.  We're going to do
13 it.
14          I'm assuming that one of two things is going to
15 happen, one is that you will present me with the form that I
16 use, by Monday, and frankly I don't need it more than -- hell,
17 I don't need it more than a half an hour before the hearing; or
18 two, if there's some reluctance to signing or using that form,
19 Jimmy crack corn, and I will do it orally; completely orally.
20 But I would ask that if we're not going to have a form, at the
21 very least, the government provide me with -- I don't care
22 about the guideline calculations, but I want the government to
23 provide me with something that I think is relatively simple;
24 and that is, to confirm, for me, the -- I don't need you to do
25 the elements of the offense.  You have got them already in the

 1  jury instructions.  Just the stat max, which I believe is
 2  probably on the criminal information sheet that's attached to
 3  the charging document.  That's just -- honestly, I never look
 4  at that.  Doesn't mean anything to me.
 5          So, I suppose that I'm saying it this way, I don't
 6  interpret what you are doing as stalling, or what Mr. Garcia is
 7  doing as stalling, but I'm not going to drag this out.  We will
 8  get it done Monday morning, one way or the other, and if it
 9  doesn't go, I intend to ignore any future requests that are
10  made on such a short time string.  If it doesn't go, probably
11  set the matter for trial the following week, and we're just
12  going to pound this through, and notice -- future notices of
13  disposition will fall on deaf ears.  I don't mean that as a
14  threat.  I'm just saying ... use of a terrible pun, there's
15  only so much we are going to do to, quote, skirt a trial.  So,
16  I think that's fine.
17          As I said, I don't -- I don't need a piece of paper to
18  do a change of plea, but I prefer to have it, because it has
19  something that sits in the file, and I prefer to have, at the
20  very least, the defendant's Statement By Defendant In Advance
21  Of Plea Of Guilty, because I think that's useful, for one,
22  covering some of the things that occur at the change of plea;
23  number two, it is also useful to make sure that at some future
24  point there is not some inconsistent claim that is raised,
25  although I'm not trying to protect either Mr. Belcher or

```
 1   Mr. O'Hara.  You are big enough gentlemen to be able to take
 2   care of yourselves, but nonetheless, a better record is better
 3   whenever possible.
 4           So, I don't know that there's anything else to say.
 5   Does 9 o'clock work or do you want 10 o'clock so you can sleep
 6   in?
 7           MS. CRAMER-BABYCZ:  Nine a.m. is fine with the
 8   government.
 9           MR. O'HARA:  Nine a.m. is fine, Your Honor.  Could the
10   Marshals bring Mr. Garcia a little bit in advance.  I may see
11   him over the weekend, and my intention is to present the Court
12   with plea documents this afternoon.
13           THE COURT:  Okay.
14           MR. O'HARA:  But they won't be signed, obviously, so,
15   but I -- could the Marshals bring him early, so that I could
16   see him or meet with him at least for a half hour or for 45
17   minutes in advance of the hearing?
18           THE COURT:  Let's do it this way.  I presume that he
19   is scheduled to be here at, I don't know, 8:30, anyway, at the
20   absolute latest.
21           THE U.S. MARSHAL:  Seven-thirty.
22           THE COURT:  All right.  So let me do this, we will do
23   the change of plea at 10, that way he will be in the building,
24   by the time you would normally get to the building.  I'm not
25   sure when they open the front doors or anything else, but
```

```
 1   certainly at 8.  So somewhere between 8 and 9:30, you can work
 2   out with the Marshals, meeting with him in lockup to do
 3   whatever it is you want to do, since they are going to have him
 4   here anyway.  Let's just leave that in place, rather than
 5   change anything with regard to that, and it's just a one count,
 6   right?  Only charged one count.  It's a straight plea to the
 7   one count and that's it.  We will go at 10 o'clock.  All right.
 8   Recess.  Thank you.
 9           *THE COURTROOM DEPUTY:*  All rise.  Court is in recess.
10       (Recess at 12:14 p.m.)
11                         REPORTER'S CERTIFICATE
12
13       I certify that the foregoing is a correct transcript from
     the record of proceedings in the above-entitled matter.
14
15       Dated at Denver, Colorado, this 4th day of January, 2023.
16                        s/Tammy Hoffschildt
17                        _____
                          Tammy Hoffschildt, FCRR,RMR,CRR
18
```