FILED  
United States Court of Appeals  
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

April 10, 2023

Christopher M. Wolpert  
Clerk of Court

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

FRANCISCO GARCIA,

    Defendant - Appellant.

No. 22-1415  
(D.C. No. 1:21-CR-00143-RM-1)  
(D. Colo.)

_____

**ORDER**

_____

This matter is before the court on appellant's motion to dismiss the captioned appeal. The motion is granted. The appeal is dismissed pursuant to 10th Cir. R. 42.3.

A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk